IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
FILED
MAR 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

| | |
|---|---|
| WILLIAM FREDERICK DAVIS, III,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE OF DELAWARE, DEPARTMENT OF<br>CORRECTION, RAPHAEL WILLIAMS,<br>STAN TAYLOR, FIRST CORRECTIONAL<br>MEDICAL, and MENTAL HEALTH,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Civ. No. 05-067-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AUTHORIZATION**

I, William Frederick Davis, III, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.36 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _March 7_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _3-17-05_, 2005.

_William F. Davis III_
William Frederick Davis, III