To: Sue L. Robinson
From: William F. Davis III
Re: Captioned Case, CV 05-67-S-L-R

I did not hear anything from the Court on my complaint. I Court assigned me Judge Sue. L. Robinson on the date 2-16-05. I did not get my usm-285 forms.

thank you
William F. Davis III

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE