ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 05-67-SLR |
| BRIAN CASEY, (FNU) DAVIES,(FNU) MAYS, (FNU) JEREMEY, FRED WAY, DEBORAH MUSCARELLA. | : : | |
| Defendant(s) | : : : | Motion to AMEND Per RULE 15(b) of F.R. of Civ. Procedure |

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to RULE 15 of the F.R. of Civ. Procedure, Plaintiff WILLIAM F. DAVIS, III now moves to AMEND the above captioned Civil matter, to name all Defendant(s) as 'persons' as oppoesed to the State Agency's First Correction Medical and Department of Corrections (DOC).

Plaintiff will further continue to rely on the Statement of Claim submitted in his original Civil Complaint.

I CERTIFY that the foregoing statements maded by me are true. I am aware that if any of the foregong statements made by me are willfully false, I am subject to punishment by law.

Respectfully submitted,

Dated: 9-25-05   /s/ William F. Davis
William F. Davis, III
SBI# 162762; 1-C-16
H.R.Y.C.I.; P.O. Box 9561
Wilmington, DE 19809

## CERTIFICATE OF SERVICE

I, _William F Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Motion to Amend_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Aaron R Goldstein, Deputy Attorney General, Wilm Del Counsel for Department of Corrections.

Daniel L. McKenty, Esq McCullough & McKenty, P.A. Wilm, Del Counsel for Defendant First Correctional Medical.

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _25_ day of _Sept_, 200_.

_William Davis_
(Your signature)

William F. Davis III
SBI 162762
Delaware Correctional Center
1181 Paddock Rd
Smyrna, De. 19977

WILMINGTON, DE 19850
SEP 26 WILMINGTON, DE 19850

United States District C[ourt]
844 N. King Street, lock box
Wilm, De. 19801

U.S.M.S.
X-RAY