ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Davis

v.

State of DE
DOC, et al.

CV 05-67-SLR



FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AMENDED COMPLAINT

Pursuant to Fed. R. Civil P. 3, 15. Plaintiff William F. Davis amends the above-captioned complaint as follows:

I. Parties to Dismiss

Plaintiff dismisses the following parties from the complaint:

A.   "State of Delaware"

B.   "Department of Corrections"

C.   "Stan Taylor"

D.   "Mental Health"

II. <u>Additional Defendants</u>

   Plaintiff adds the following defendants to the complaint:

A.   Brian Casey
     Address Unknown
     Refered to in Complaint as "Mr. Casey"

B.   Captain Emmit
     Young Correctional Institute
     1301 E. 12th Street
     Wilmington, DE 19802
     Refered to in Complaint as "Captain Emmit"

C.   Debra Muscarella
     Correctional Medical Systems
     Mental Health Office

      c/o Young Correctional Institute
      1301 East 12th Street
      Wilmington, DE 19802
      Refered to in Complaint as "Counselor Debra"

D.   Correctional Officer Davies
     Young Correctional Institute
     1301 East 12th Street
     Wilmington, DE 19802
     Refered to in Complaint as "security staff"

E.   Correctional Officer Reginald Mayes
     Young Correctional Institute
     1301 East 12th Street
     Wilmington, DE 19802
     Refered to in Complaint as "security staff."

III.   <u>Existing Defendants</u>

     There is no amendments or changes with the following defendants:

A.   Raphael Williams, Warden

B.   Dr. Boston

C.   First Correctional Medical

*William Davis*

William F. Davis, III
SBI 162762
H. R. Y. C. I.
P. O. Box 9561
Wilmington, DE 19809

Dated: 9-25-05 ____, 2005

William F. Davis III
SBI 162762
Delaware Correctional Center
Paddock Rd
Wilmington, DE 19850

WILMINGTON, DE 19850
SEP 26
[postmark]

United States District Court
844 N. King Street, lock box 18
Wilm, Del 19801

U.S.M.S.
X-RAY