CASE NO. 05-067-SLR

to: Judge Sue. L. Robinson
from: William F. Davis III   S.B.I 162762
Re: to Reopin mine Complaint

I received a letter from you that mine Complaint been dismissed without prejudice because I did not provide the USM-285 form within 120 day. I have a lawyer is name is Steven Hampton in Dover he did not fill not the USM-285 form within 120 day. I am asking the court to Reopin mine Case.

Thank you
William F. Davis III

FILED
APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned



I'M William F. Davis III
SBI# 162762   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, Del   19801-3570