IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM FREDERICK DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-067-SLR |
| ) | |
| RAPHAEL WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, on February 27, 2006, the court entered an order dismissing the complaint for failure to timely provide the required USM-285 forms for service of the complaint as previously ordered (D.I. 10);

WHEREAS, on April 18, 2006, plaintiff filed a motion to reconsider the order dismissing the case and asked that the case be reopened (D.I. 11);

WHEREAS, on the same date, plaintiff submitted to the court the required USM-285 forms, but the forms are incomplete and do not contain the name and address of the "requester";

THEREFORE, at Wilmington this 24th day of April, 2006, IT IS HEREBY ORDERED that:

1. The motion to reconsider (D.I. 11) is GRANTED.

2. The clerk of the court shall reopen this action.

3. Plaintiff shall provide to the court complete USM-285 forms within 30 days from the date of this order. **FAILURE TO SUBMIT USM-285 FORMS WITHIN THE 30 DAY PERIOD OR SUBMISSION OF**

**INCOMPLETE USM-285 FORMS WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

    4.   The order (D.I. 4) assessing the $250.00 filing fee and the $1.36 initial partial filing fee is reinstated.

                                                           */s/ Sue L. Robinson*
                                          UNITED STATES DISTRICT JUDGE