OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2006

TO: William F. Davis, III
    SBI#162762
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

   **RE: Receipt of U.S. Marshal 285 Forms- Deficiencies Noted**
   ***Civil Action* #05-67(SLR)**

Dear Mr. Davis:

   The purpose of this letter is to acknowledge receipt of your completed U.S. Marshal 285 forms for defendants Brian Casey, First Correctional Medical, Reginald Mays, Debra Muscarella and Raphael Williams.

   We have **not received** USM 285 forms for Dr. Boston, C/O Davies, Captain Emmit and the Attorney General. Once all your USM 285 forms have been received, the forms will be forwarded to the U.S. Marshal's office for service in accordance with the orders of the court.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Sue L. Robinson

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2006

TO: William F. Davis, III
    SBI#162762
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE: Receipt of U.S. Marshal 285 Forms- Deficiencies Noted**
*Civil Action* **#05-67(SLR)**

Dear Mr. Davis:

   The purpose of this letter is to acknowledge receipt of your completed U.S. Marshal 285 forms for defendants Brian Casey, First Correctional Medical, Reginald Mays, Debra Muscarella and Raphael Williams.

   We have **not received** USM 285 forms for Dr. Boston, C/O Davies, Captain Emmit and the Attorney General. Once all your USM 285 forms have been received, the forms will be forwarded to the U.S. Marshal's office for service in accordance with the orders of the court.

                                          Sincerely,


/bad                                      PETER T. DALLEO
                                          CLERK

cc:  The Honorable Sue L. Robinson