**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William F. Davis III | 05-67-SLR |
| DEFENDANT | TYPE OF PROCESS |
| Dr. Boston | Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Dr. Boston - mental Health

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1301 E 12 st Wilm, Del 19802

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William F. Davis III  SBI 162762
Delaware Correctional Center
1181 Paddock Road Smyrna Del 19977

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
William F Davis III
TELEPHONE NUMBER: none
DATE: 6-4-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: DF
Date: 7-11-06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

FILED JUL 19 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date of Service: 7/18/06
Signature of U.S. Marshal or Deputy: SR

REMARKS: No longer employed w/ DOC

return unexecuted

1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)