**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: William F. Davis III | COURT CASE NUMBER: 05-67-SLR |
| DEFENDANT: | TYPE OF PROCESS: Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Attorney General

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 820 N. French Street, Wilmington, DE 198~
United State District Court 844 N. King Street, Lockbox 18, Wilm, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William F. Davis III S.B.I. 162762
Delaware Correctional Center
1181 Paddock Road, Smyrna, DE 19977

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 8
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT — William F. Davis III
TELEPHONE NUMBER: None
DATE: 6-4-06

FILED JUL 20 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | DF | 7-11-06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Keith Brady - Asst. Att. General

Address (complete only if different than shown above):

Date of Service: 7/19/06   Time: 9 ⓐm / pm

Signature of U.S. Marshal or Deputy: JB Scanlan

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)