IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 05-67-SLR |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| DR. BOSTON, BRIAN CASEY, ) | |
| C/O DAVIES, CAPTAIN EMMIT ) | |
| C/O REGINALD MAYES, and ) | |
| DEBRA MUSCARELLA, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig (listed as Captain Emmit), and C/O Reginald Mays (together the "State Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                                   **DEPARTMENT OF JUSTICE**
                                                                   **STATE OF DELAWARE**

                                                                   */s/ Erika Y. Tross*
                                                                   Erika Y. Tross (#4506)
                                                                   Deputy Attorney General
                                                                   820 N. French Street
                                                                   Wilmington, DE  19801
                                                                   (302) 577-8400
                                                                       Attorney for State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig, and C/O Reginald Mays

Dated: September 8, 2006

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on September 8, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400