IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-67-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) JURY TRIAL DEMANDED |
| DR. BOSTON, BRIAN CASEY, | ) |
| C/O DAVIES, CAPTAIN EMMIT | ) |
| C/O REGINALD MAYES, and | ) |
| DEBRA MUSCARELLA, | ) |
| | ) |
| Defendants. | ) |

**STATE DEFENDANTS' ANSWER TO THE COMPLAINT**

COMES NOW, the State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig, and C/O Reginald Mays (the "State Defendants")[1], by and through their undersigned counsel, and hereby respond to the Complaint of Plaintiff William F. Davis, III ("Davis" or "Plaintiff"), dated February 6, 2005 and filed February 9, 2005 (D.I. 2) and the Amended Complaint, dated September 25, 2005 and filed September 27, 2005 (D.I. 8)[2] (the Complaint and Amended Complaint are hereinafter referred to together as the "Complaint"). The Complaint is divided into a Statement of Claim section and an Addendum that contain both unnumbered and numbered paragraphs. State Defendants respond to the Complaint by paragraphs as follows:

---

[1] Plaintiff's Complaint incorrectly lists the names of State Defendants Deputy Warden Mark Emig (listed as Captain Emmit) and C/O Reginald Mays (listed as C/O Reginald Mayes).
[2] Plaintiff's Amended Complaint did not add new allegations to the Complaint. Rather the Amended Complaint requested that certain defendants be dismissed from the case and new defendants be added.

## STATEMENT OF CLAIM

<u>Statement of Claim Paragraph</u>:  The allegations of the sole paragraph of the section entitled "Statement of Claim" that begin with the words, "I, William Frederick Davis III, was on the mental health tier" are denied.

## ADDENDUM – UNNUMBERED PARAGRAPHS

<u>Addendum to the Statement of Claim Unnumbered Paragraph 1</u>:  The allegations of Unnumbered Paragraph 1 of the Addendum to the Statement of Claim that begin with the words, "The statement hereof is about an incident" are denied.

<u>Addendum to the Statement of Claim Unnumbered Paragraph 2</u>:  The allegations of Unnumbered Paragraph 2 of the Addendum to the Statement of Claim that begin with the words, "Two weeks later on July 30, 2004" are denied.

<u>Addendum to the Statement of Claim Unnumbered Paragraph 3</u>:  The allegations of Unnumbered Paragraph 3 of the Addendum to the Statement of Claim that being with the words, "I couldn't move my jaw" are denied.

<u>Addendum to the Statement of Claim Unnumbered Paragraph 4</u>:  The allegations of Unnumbered Paragraph 4 of the Addendum to the Statement of Claim that begin with the words, "Brian Casey was on 1D pod" are denied.

## ADDENDUM – NUMBERED PARAGRAPHS

<u>Addendum to the Statement of Claim Numbered Paragraph 1</u>:  The allegations of Numbered Paragraph 1 of the Addendum to the Statement of Claim that begin with the words, "I was pushed in the face twice" are denied.

<u>Addendum to the Statement of Claim Numbered Paragraph 2</u>:  State Defendants are without knowledge or information sufficient to form a belief as to the

truth of the allegations asserted in Numbered Paragraph 2 of the Addendum to the Statement of Claim that begin with the words, "Many inmates were talking about me", and therefore deny same.

Addendum to the Statement of Claim Numbered Paragraph 3: State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in Numbered Paragraph 3 of the Addendum to the Statement of Claim that begin with the words, "My jaw was shattered severely", and therefore deny same.

Addendum to the Statement of Claim Numbered Paragraph 4: State Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in Numbered Paragraph 4 of the Addendum to the Statement of Claim that begin with the words, "My mental health has gotten worse", and therefore deny same.

Addendum to the Statement of Claim Numbered Paragraph 5: The allegations of Numbered Paragraph 5 of the Addendum to the Statement of Claim that begin with the words, "Captain Emitt, [sic] many times, deliberately ignored me" are denied.

**RELIEF**

State Defendants deny that Plaintiff is entitled to any relief.

**DEFENSES AND AFFIRMATIVE DEFENSES**

1. The Complaint fails to state claims upon which relief may be granted.

2. The action and all claims are barred by Eleventh Amendment immunity.

3. As to any claims against the State or against State Defendants in their official capacities, State Defendants and the State are protected from liability by the doctrine of sovereign immunity.

4. The State Defendants are entitled to qualified immunity.

5. As to any claims under state law, the State Defendants are entitled to immunity under the State Tort Claims Act, 10 Del. C. § 4001 *et seq.*

6. To the extent the Plaintiff seeks to hold State Defendants liable based on supervisory responsibilities, the Doctrine of Respondeat Superior or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

7. State Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

8. This action and all claims are barred by the applicable statute of limitations.

9. Plaintiff has failed to exhaust his administrative remedies.

10. State Defendants cannot be held liable in the absence of personal involvement for alleged constitutional deprivations.

11. The Plaintiff's claims are barred by his contributory negligence.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, State Defendants respectfully request the Court grant judgment in their favor and against the Plaintiff in all respects, and enter an Order (i) dismissing the Complaint in its entirety as to the State Defendants; (ii) awarding State Defendants their fees and costs; and (ii) granting such other and further relief as is just and proper.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorney for State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig, and C/O Reginald Mays

Dated:  September 8, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on September 8, 2006, I caused a true and correct copy of the attached *State Defendants' Answer To The Complaint* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400