In The United States District Court
For The District of Delaware

William F. Davis III
Plaintiff

V

(Nurse) Jeremey
(Officer) Fred Way
Defendants

Civ. No 05-67-SLR




scanned

## Motion To Amend
## Per Fed. Rules of Civ. Proc. Rule 15

Persuaant To Rule 15 of The Fed. Rule of Civ. Proc. Plaintiff William F Davis III now moves To Amend The above captioned Civil matter To name all Defendants

Transition Unit didn't use the Level system before my jaw was broken

# TRANSITION UNIT LEVEL SYSTEM

Exhibit-A

**PURPOSE:** To provide a structured system with built-in rewards and consequences for compliance or noncompliance with overall treatment. By establishing these clear guidelines, residents will be encouraged to participate to their fullest and to comply with the treatment that is offered to them.

**PROCEDURES:** Each inmate on the Transition Unit earns privileges through the level system. Levels are determined by the mental health therapists. Security staff is consulted to provide information regarding inmate behavior. Levels will be reviewed weekly, and changes will be reviewed with the inmate.

**The following factors will be used to determine levels:**
**Medication compliance**
**Appropriate behavior (no acting-out, no write-ups, following Transition Unit rules)**
**Passing cell inspection**
**Passing personal hygiene inspection**
**Group attendance**
**Individual counseling attendance**

**LEVELS:**

**1. BASIC LEVEL**
Locked down 23 hours per day (one hour recreation)
No commissary
No visits
Meals in cell
Only allowed basic bedding and hygiene supplies

Inmates on basic level have been on a higher level and have acted out, have decompensated due to refusing medication, or are refusing to comply with the program.

William F DAvis III
SBI # 162762 1-C-16
H.R.Y.C.I Po Box 9561
Wilmington Del 19809

IN regards to the above captioned civil action Where in mate Brian casey broke my jaw on May, 31, 2004. Subsequently inmate Brian Casey was sent to the hole for his actions. Officer Mcreynolds witnessed the incident and I was not at fault and I was not discipined. Capt Emitt investigated the incident and foward the information to the attorney genaral office and Capt Emitt stated that I chould not press Charges against Brian casey. My mother Lois Davis called the attorney genaral office and they received no information about the incident from capt Emitt. I spoke to capt emitt and he told me he did not know who he talked to and I chould not press charges. every time I see Capt Emitt he will not talk to me about it

To The U.S District Court
From William Frederick Davis III
RE State of Delaware Department of Corrections (SD DOC) and Medical Deparment SD DOC Complaint Statement

## Statement

I, William Frederick Davis III, being first duly sworn deposes and says That The Foregoing statement is a True and correct observation of what occurred on The dates and Time here in at/in "1d pod" at "Howard R Young Correctional Institution" located in Wilmington. Delaware, in That I was a part of or witnessed The incident described here in. I would clearly state under penalty of perjury of The laws of The State of Delaware That...

The fallowing statement is about an incident s That occurred in 1 D pod Through MAY 16 2004 and continued beyound MAY 30 2004. where on MAY 16 2004 in The yard of 1 D pod inmate Brian Casey pushed me with his hand in my Face in The presence of one Officer Davies I requested action against inmate Casey

Officer Davies did not document The incident on The 4 To 12 shift and no documents were ever filed by DOC, Inmate Casey was not disciplined. Officer Davies was asked To Take action & refused, The problum was Told To Counsler Ms Deborah That I Feared inmate Casey and That I was being called a child molster atleast on Four different Times and nothing was done. This put my life in danger

later That week inmate Brian Casey again pushed me in my Face. while Playing BasketBall in front of Officer Maze of 4 To 12 shift. Again The incident was not documented even at my Request. Casey was not disciplined, The Counsler Ms Deborah was Told of The Threats.

Two weeks later on MAY 30 2004 inmate Casey called me a chiled molester during breakfast. We Stood Face To Face during his accusation. When I Turned my back, inmate Casey punched me in my mouth shattering my Jaw on both sides. A Code was called. officer Fred Way Took me To The infirmary. The infirmary nurse "Jeremey" looked at my mouth. which was bleeding. Gauze was applied To stop The bleeding, but The bleeding was excessive. and did not stop. I had Told Officer Fred Way C/O my Jaw was broken, and I could Feel

That my Jaw was broken it was obvious.

I repeatedly Told The nurse Jeremey and others Fred WAY office There, That my Jaw was broken and was ignored. The bleeding in side my mouth welled up several Times forceing me To swallow it Just To breathe. The bleeding stopped on its own without any more help from The nurse. No more help was ever rendered in The infirmary. I was sent back To The pod with The gauze bandage in place on my face and mouth.

Ounce in my cell, I was able To see my Jaw in The mirror, and could clearly see That it was crooked and off alignment.

I couldn't move my Jaw except with my hand feeling That several breaks were There. As a result, I didn't and couldn't eat for five days. I could not move my mouth To eat. I Told DOC MAZE officers many Times That my Jaw was broken and I could not eat and I was ignored. Even Though The officers MAZE could see I could not eat, I was ignored These officers included Mays and Reynolds

After five days, My Pod Counselor

Ms Deborah called The infirmary. I was admitted. but lay There another six day's with a broken Jaw before being seen by a surgeon.

Brian Casey was on 1D pod prior To my complaint. AT That Time Mental health procedures were fallowed. Inmate Casey was removed from The pod for displaying inappropriate behavior, ie loud speaking, pushing and Touching people, profane language. ecT... . BuT Three months later inmate Casey returned To 1 D pod displaying The same behavior. In the return of inmate Casey Security Staff did not use The normal Transition Unit level System (attached Exhibit A) being negligent and deliberately indifferent To my safety and Jepordizing my life and causing extreme harm and damage To my mental health stability.

Warden Raphel Willams ignored The attacks did not allow me To File charges. did not queston me. did not Fallow proceedure's when a attack occures or an assult, would not respond To letters. sent

Summary

1) where I was pushed in The Face Twice on 7/16/2004 and on 7/20/2004 with Security STaff present. But I was ignored and nothing was documented. Brian Casey (inmate) was not disciplined For either incident.

2) Inmate Brian Casey as well as other inmates on The pod were accusing me as being a Child molester. This put me in extreme danger and vulnerable To attack. Inmate Brian Casey's accusations were known To STaff.

3) My Jaw was shattered severely on both sides by inmate Casey. I was operated upon from under my chin. Which has two obvious scars now. Eleven metal screws were used attempting To mend The Jaw. My lower lip is still swallen after The operation of August 11. I am constantly slobbering and numbness remains.

4) ItTook some eleven days before surgery was done. The pain was unbearable even now

5) My MenTal HealTh has goTTen worse as a result of The aTTack, and injury. and The lack of help From Officers and Medical

Depression and concern of aTTacks, concern about Family life. condiTions wiTh my appearance being alTered, as well The loss of my righT To a social and family life are exisTanT.

6) CapTain EmiTT many Times deliberately ignored me abouT my quesTions involving The incidenTs regarding, discipline of inmaTe Casey and The documenTing of The incidenTs noT occurring

7) RequesT To Press charges on inmaTe Casey were ignored also by Prison Officials. The Warden Raphel Willams, ignored The incidenTs as well as The danger To me. As well as The requesT To documenT and File charges on inmaTe Casey as requesTed To him

8) After Two assults by inmate Casey being witnessed by on duty officers. Request for action and documentation. and protection. After ramors spread by inmate Casey and others of me being a child Mulster That officers on duty had knolage of. The officers mentioned and wardon R Willams failed To protect me which resulted in The Third assult which shattered my Jaw. as well as sending me into a Deep Depression. and constant pain,

9) A grievanee was filed and returned it was marked non grievanceable disciplin against officers is non grievanceable

10) Told Counsler Ms Deborah 4 Times That I was in danger From inmate Casey As well as being accused as being a child molster That put my life in danger

I, William F Davis III being first duly sworn deposes and says that the aforementioned statements are true and accurate as put forth

William F Davis III S.B.F 162762
Signature

William F. Davis III

Delaware Correctional Center

Smyrna Delaware 19977

Sworn To and Subscribed before me This 9 day of Nov 2006





# CERTIFICATE OF SERVICE

I, William F. Davis III, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

motion to Amend
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

office of the Clerk
united States District Court
844 N. King Street, Lockbox-18
Wilm, Del. 19801-3570

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this 9 day of NOV, 2006.

William F. Davis III
(Your signature)

I/M William E Davis III
SBI# [illegible] UNIT [illegible]
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

PM WILMINGTON, DE 19850 NOV 16 2006

E24

Office of the Clerk
United State District Court
844 N. King Street Lock box-18
Wilm, Del
19801-3570

