**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

November 28, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Davis v. Williams, et al.*
      **D. Del., C.A. No. 05-67-SLR**

Dear Chief Judge Robinson:

On November 20, 2006, Plaintiff William Davis filed a motion entitled, "Motion to Amend per Fed. Rules of Civ. Proc. Rule 15." (D.I. 26). The caption of the Motion reads, *William F. Davis, III v. Nurse Jeremey, Officer Fred Way*. In the Motion Plaintiff states that he is moving "to amend the above captioned civil matter to name all Defendants." Unfortunately, after reading the Motion, I am unclear on the relief Plaintiff is requesting. It appears that the Plaintiff is either seeking to add Nurse Jeremey and Officer Fred Way as additional defendants or to dismiss the claim against all of the previously named defendants and pursue the matter solely against Nurse Jeremey and Officer Fred Way. To the extent Plaintiff wishes to add Nurse Jeremey or Officer Fred Way as additional defendants the State Defendants do not oppose the Motion. Further, to the extent Plaintiff wishes to dismiss the claims against all previously named defendants and pursue this matter solely against Nurse Jeremey and Officer Fred Way, the State Defendants do not object to the Motion. If, however, the Plaintiff requests some other relief by the Motion, the State Defendants request further clarification so that they may appropriately respond.

The Honorable Sue L. Robinson
November 28, 2006
Page 2

        Thank you.

                                              Sincerely,

                                              */s/ Erika Y. Tross*

                                              Erika Y. Tross
                                              Deputy Attorney General

cc:    William F. Davis, III, Plaintiff
EYT/vd