In The United States District Court
for The District of Delaware

| | |
|---|---|
| William F. Davis III<br>Plaintiff<br><br>First Correction Medical<br>Defendants | Plaintiffs First Set<br>of Interrogatories To<br>Defendants<br><br>C.A. 05-67-SLR<br>Civil Action No |

In accordance with Rule 33 of The Fedral Rules of Civil Procedure. Plaintiff above request Defendants First Correction Medical answer The Following interrogaTories under oath and That The answers be signed by The person making Them and be served on plainTiffs within 30 days of service of These Interrogatories.

IF you cannot answer The Following Interrogatories in full after exercising due dilligence T secure The information To do so so sTaTe on answer to The extent possible specifing your inability To answer The remander and sTating whatever information or knowledge you have concerning The unanswered portion.

These interrogaTories shall be deemed continueing so as To require supplemental answers as new and different information materializes.

1. lisT All medical sTaff PresanT during The Time

2. Supply all medical records of inmaTe William Davis III sbI #

3. On WhaT DaTe Did William Davis III sbI #        Recive Surgery for his broken Jaw.

Respectfully Submitted
William Davis III
DAte 11-26-06