In The United States District Court

| | |
|---|---|
| William F. Davis III <br> Plaintiffs <br><br> V <br><br> DEBRA MUSCARELLA <br> Defendant | Plaintiff's First Set of Interrogatories To Defendants <br><br> C.A. 05.67-SLR <br> Civil Action No # |

In accordance with Rule 33 of the Fedral Rules of Civil Procedure, Plaintiff above requests Defendant DEBRA MUSCARELLA answer the fallowing interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiff's within 30 days of service of these interrogatories

If you cannot answer the fallowing interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remander and stating whatever information or knowledge you have concerning the unanswered portion.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

1. Were you Told by William Davis III of The assults on 1 D Pod

2. What action did you Take after you were informed By William Davis III of The accusation By Brian Casey, That William Davis III was a child m

3. What is The procedure as To a inmate who is accused or pointed out as being a Child molester on a mental health Tear at Howard R Young Correctional Institution

4. If an inmate Tells you of his safty Concerns what is The Prison and Mental Health policy To assure his safty

5. Why after being informed by William Davis III of his shattered Jaw and not being able To eat for 5 days wasn't he Taken To The infermary for Treatment

6. What is The procedure's when a inmate informes you of injury or pain

Respectfully Submitted
William L Davis III
Date. 11-26-06