In The United States District Court
For The District of Delaware

| | |
|---|---|
| William F. Davis III<br><br>   Plaintiff's<br><br>Reginald Mayes<br>   Defendants | Plaintiff's First set of Interrogatories To Defendants<br>C.A. 05-67-SLR<br>Civil Action No.# |

   In accordance with Rule 33 of The fedral Rules of Civil Procedure. Plaintff above requests Defendant Maye's answer The fallowing interrogatories under oath and That The answers be signed by The person makeing Them and be served on plaintiffs within 30 days of service of These Interrogatories

   If you cannot answer The fallowing interrogatories in full after exercising due diligence To secure The information To do so so state an answer To The extent possible, specifying your inability To answer The remander and stating whatever information or knowledge you have concerning The unanswered portion

   These interrogatories shall be deemed continuing so as To require supplemental answers as new and different information materializes

1  Why wasn't There a report on The Push in The face by Brian Casey on William Davis III. and

2  Why after request from William Davis III was There not a incident report made

3  If There was a report made what Type of report was iT. and produce any report

4  If There was a report made produce a copy of iT or Them

5  Did you undergo any special Training for your placement in a Mental Health Pod / Tier

6  Supply Times and days That you worked on and Through April Through June 2004. and what Pod.

Respectfully Submitted
William L Davis III /6076
Date 11-26-06

mays

## CERTIFICATE OF SERVICE

I, _William F. Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Motion for Interrogatories_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

_Office of the Clerk_
_United States District Court_
_844 N. King Street, Lock Box 18_
_Wilm, Del 19801-3570_

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _26_ day of _Nov_, 200_6_.

_William F. Davis III_
(Your signature)



FM William F. Davis III
SBI# [illegible]
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850  NOV 28 2006

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm, Del
         19801-3570