In The United States District Court

| | |
|---|---|
| William F. Davis III<br>Plaintiffs<br><br>Sgt. FRED WAY<br>Defendants | Plaintiffs First set of Interrogatories To Defendants<br><br>C.A. 05-67-SLR<br>Civil Action No# |

In accordance with Rule 33 of The Federal Rules of Civil Procedure, Plaintiff above requests Defendant Sgt. FRED WAY answer the following interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiffs within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion.

These interrogatories shall be deemed continuing so as to require supplemental answers as new and different information materializes.

1  What Day did you Take William Davis To The infermary with a bleeding Jaw

2  Was There a report made of The incident if so produce That report

3  Why did you not act on William Davis request To have his broken Jaw caired for even after repeated request, and being showned by William Davis That it was indeed broken

Respectfully Submitted
William F. Davis III 162162
Date 11-26-06