In The United States District Court

| | |
|---|---|
| William F. Davis III<br>Plaintiff's<br><br>Capt. EMMIT<br>Defendants | Plaintiffs First set of Interrogatories To Defendants<br><br>C.A. 05-67-SLR<br>Civil Action No # |

In accordance with Rule 33 of The Federal Rules of Civil Procedure, Plaintiff above requests Defendant Capt EMMIT answer The fallowing interrogatories under oath and That The answers be signed by The person making Them and be served on plaintiff within 30 days of service of These interrogatories

If you cannot answer The fallowing interrogatories in full, after exercising due diligence To secure The information To do so. so state and answer To The extent possible specifying your inability To answer The remander and stating what ever information or knowledge you have concerning The unanswered portion

These interrogatories shall be deemed continuing so as To require supplemental answers as new and different information materializes,

1 What is The Function and purpose of your position at Howard Young Correctional Institution during April Through June 2004

2. Did you recive letters sent To you by inmate William Davis III about The assults which resulted in his broken Jaw in/on 1 D Pod

3 When William Davis III asked you in person on 1 D Pod To press criminal assult Charges on inmate Brian Casey what did you tell him and why

4 What is The Procedure when an inmate wishes To file Charges on another inmate

5 Was Brian Casey Disiplined for The assult on William Davis III which broke his Jaw, IF so produce The report. IF not explain,

6 Was There any reports made as To The Assult on William Davis III IF so produce Those reports. IF not explain,

6  What is the procedure on a assult with injuries on a Mental Health Pod/Team "In this case 1D Pod"

7  What medical procedures is to be fallowed after such an assult with injuries.

Respectfully Submitted
William F Davis III 162162
Date 11-26-06