In The United States District Court

WILLIAM F. DAVIS III
    Plaintiffs

V.

Warden RAPHAEL WILLIAMS
    Defendants

Plaintiffs First set of Interrogatories To Defendants

C.A. 05-67-SLR
Civil Action No # CA No 05 67-SLR

    In accordance with Rule 33 of The Fedral Rules of Civil Procedure, Plaintiff above requests Defendant WARDEN RAPHAEL WILLIAMS answer The following interrogatories under oath, and That The answers be signed by The person making Them and be served on plaintiff's within 30 days of service of These interrogatories.

    If you cannot answer The following interrogat-ories in full, after exercising due diligence To secure The information To do so, so state and answer To The extent possible, specifying your inability To answer The remander and stating whatever information or knowledge you have concerning The unanswered portion.

    These interrogatories shall be deemed continuing so as To require supplemental answers as new and different information materializes

1  Were There reports of The assult on William Davis III

2  What is The procedure as To an inmate injured in Howard R Young Correctional institution

3  Why was There not a report filed after The Pushes in The face By Brian Casey on William Davis III. If There was produce Them

4  Why after requests from William Davis III was There not a incident report made. If There was produce it

5  What are The institutional medical policies on Medical Procedures as To serious injuries and a broken Jaw

6  list All Correctional Officers who worked on 1 D Pod from April Through June 2004

7  list The nurses and Doctors on duty during The Time of

Respectfully Submitted
William L Davis III 162762
Date 11-26-06