In The United States District Court

William F Davis III
Plaintiff's

V.

Dr BOSTON
Defendants

Plaintiff's First set of Interrogatories To Defendants
C.A. 05-67-SLR
Civil Action No.#

In accordance with Rule 33 of The Federal Rules of Civil Procedure, Plaintiff above requests Defendant Dr BOSTON answer The following interrogatories under oath, and That The answers be signed by The person making Them and be served on plaintiff's within 30 days of service of These interrogatories

If you cannot answer The following interrogatories in full, after exercising due diligence To secure The information To do so, so state and answer To The extent possible, specifying your inability To answer The remander and stating whatever information or knowledge you have concerning The unanswered portion.

These interrogatories shall be deemed continuing so as To require supplemental answers as new and different information materializes

1  What are the Mental health Policies as to inmates on 1D mental health Pod.

2  What is the Procedure as to a inmate requesting help for a Physical injury such as a broken Jaw and any other injury.

3  Was there a report made as to the assult on William Davis III on 1D Pod. if so produce it. If not explain

4  Was there a report made of the Broken Jaw of William Davis III on 1D Pod. If so produce it, if not explain

Respectfully, Submitted
William J. Davis III 162762
Date, 11-26-06

Boston