In The United States District Court

| | |
|---|---|
| William F. Davis III<br><br>Plaintiff's<br><br>Kerry DAVIES<br>Defendant | Plaintiffs First set of Interrogatories To Defendants<br><br>C.A. 05-67-SLR<br>Civil Action No# |

In accordance with Rule 33 of The Federal Rules of Civil Procedure, Plaintiff above request Defendant DAVIES answer The following interrogatories under oath, and That The answers be signed by The person making Them and be served on plaintiff within 30 days of service of These interrogatories

If you cannot answer The following interrogatories in full after exercising due diligence To secure The information To do so, so state and answer To The extent possible, specifying your inability To answer The remainder and stating whatever information or knowledge you have concerning The unanswered portion

These interrogatories shall be deemed continuing so as To require supplemental answers as new and different information materializes

1. Why wasn't there a report on the push in the face by Brian Casey and on William Davis III

2. Why after request from William Davis was there "not" a incident report made

3. If there was a report made what type of report was it.

4. If there was a report made produce a copy of it or them

5. Did you undergo any special training for your placement in a mental Health Pod/Tier
    Supply any documentation to support that training

6. Supply times and days that you worked on and through April through June 2004. What Pod

Respectfully, Submitted
William H Davis III 162762
Date 11-26-06
Davies