In The United States District Court
for The District of Delaware

| | |
|---|---|
| William F. Davis III<br>Plaintiff | Plaintiffs First Set<br>of Interrogatories To<br>Defendants<br>C.A. 05.67-SLR<br>Civil Action No # |
| Nurse Jeremy<br>Defendant | |

In accordance with Rule 33 of The Federal
Rules of Civil Procedure. Plaintiff above request
Defendant                    Je.              answer The
Following Interrogatories   under oath  and ThaT The
answers  be signed  by The persons making Them
and  be served  on plainTiffs  within 30 days
of service  of These Interrogatories.

If you cannoT answer The Following interr-
ogaTories in full  afTer exercising due diligence To
Secure The information To do so, so staTe an answer
To The extent possible , specifying your inability
To answer The remander and staTing whaTever
information  or knowledge you have concerning
The unanswered porTion .

These Interrogatories shall be deemed continuing
so as To require supplemenTal answers as new and
different information  maTerializes .

1    Produce The Medical reporT on William Davis III sbI #           on           2004 When Co Way broughT him To The infermary

2    Why afTer being Told by William Davis III sbI           ThaT his Jaw was broken did you noT TreaT him for a broken Jaw

3    AfTer being Told by William Davis III sbI           ThaT his Jaw was broken whaT acTions did "you" Take, and whaT acTion did any oThers Take ThaT were presenT,

4    WhaT is The Procedure when a inmaTe Telles you he is serverly inJured such as a broken Jaw. or oTher inJuries

5    WhaT Type of ReporT was made and produce ThaT reporT as well produce any reporT, medical record or incidenT reporT concerning William Davis III sbI #           firsT conTact wiTh you on or abouT   RespectfullY, Submitted William H Davis III, C.R.T. 162763