IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-67-SLR |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, | ) | Jury Trial Requested |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| DR. BOSTON, BRIAN CASEY, | ) | |
| C/O DAVIES, CAPTAIN EMMIT | ) | |
| C/O REGINALD MAYES, and | ) | |
| DEBRA MUSCARELLA, | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' VERIFICATION OF
## RESPONSES TO PLAINTIFF'S INTERROGATORIES [RE: D.I. 38]

On January 11, 2007, State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig, and C/O Reginald Mays filed and served State Defendants' Responses to Plaintiff's First Set of Interrogatories to State Defendants [Re: D.I. 30, 32, 33 & 35] (D.I. 38). Pursuant to Federal Rule of Civil Procedure 33, State Defendants hereby submit their verification to the responses given in State Defendants' Responses to Plaintiff's First Set of Interrogatories to State Defendants.

I, Raphael Williams, hereby declare under penalty of perjury that my responses to Plaintiff's Interrogatories directed to me (Re: D.I. 33) are true and correct.

DATE: 5\1\07

_____
Raphael Williams

I, Mark Emig, hereby declare under penalty of perjury that my responses to Plaintiff's Interrogatories directed to me (Re: D.I. 32) are true and correct.

DATE: 4/30/07

_____
Mark Emig

I, Kerry Davies, hereby declare under penalty of perjury that my responses to Plaintiff's Interrogatories directed to me (Re: D.I. 35) are true and correct.

DATE: 5-2-07

_____
Kerry Davies

I, Reginald Mays, hereby declare under penalty of perjury that my responses to Plaintiff's Interrogatories directed to me (Re: D.I. 30) are true and correct.

DATE: 5-9-07

_____
Reginald Mays

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Erika Y. Tross
_____
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
    Attorney for the State Defendants

Dated: May 14, 2007

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on May 14, 2007, I caused a true and correct copy of the attached *State Defendants' Verification of Responses to Plaintiff's Interrogatories [Re: D.I. 38]* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
dmonzo@mccmck.com

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400