IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-067-SLR |
| WARDEN RAPHAEL WILLIAMS, FIRST CORRECTIONAL MEDICAL, DR. BOSTON, BRIAN CASEY, C/O DAVIES, CAPTAIN EMMIT, C/O REGINALD MAYES, and DEBRA MUSCARELLA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

# ORDER

At Wilmington this 15th day of June, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **August 13, 2007.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 13, 2007.** Answering briefs and affidavits, if any, shall be filed on

or before **October 15, 2007**.  Reply briefs shall be filed on or before **October 29, 2007**.

                                              United States District Judge