IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-067-SLR |
| | ) |
| RAPHAEL WILLIAMS, FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| DR. BOSTON, BRIAN CASEY, | ) |
| C/O DAVIES, CAPTAIN EMMIT, | ) |
| C/O REGINALD MAYES, and | ) |
| DEBRA MUSCARELLA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 18th day of June, 2007,

IT IS ORDERED that, on or before **July 18, 2007**, plaintiff shall show cause why defendants Dr. Boston and Brian Casey should not be dismissed from the above captioned action for failure to provide sufficient information to effectuate timely service of process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.

_____
United States District Judge