# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-067-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendants Deborah Muscarella and First Correctional Medical, Inc.

McCULLOUGH & McKENTY, P.A.              McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo                            /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*      Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                              Legal Arts Building
1225 King Street, Suite 1100                     1225 King Street, Suite 1100
P.O. Box 397                                     P.O. Box 397
Wilmington, DE 19899-0397                        Wilmington, DE 19899-0397
302-655-6749                                     302-655-6749
Attorney for Defendants Deborah Muscarella      Attorney for Defendants Deborah Muscarella
and First Correctional Medical, Inc.             and First Correctional Medical, Inc.

Dated: June 13, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-067-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individual via first class mail:

William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007