IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-67-SLR |
| | ) |
| RAPHAEL WILLIAMS, FIRST CORRECTIONAL MEDICAL, DR. BOSTON, BRIAN CASEY, C/O DAVIES, CAPTAIN EMMIT, C/O REGINALD MAYES, and DEBRA MUSCARELLA, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this _____ day of June, 2007, defendants First Correctional Medical and Deborah Muscarella having filed a motion to dismiss the complaint (D.I. 25);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **July 20, 2007**.

    2.    Defendant may file and serve a reply brief on or before **August 2, 2007**.

                                            _____
                                            United States District Judge