**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

July 10, 2007

Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      Re:    *Davis v. Williams, et al.,*
                <u>D. Del., C.A. No. 05-67-SLR</u>

Dear Mr. Davis:

      By letters dated April 10, 2007 and May 7, 2007, I requested that you provide me responses to the State Defendants' Combined First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiff (D.I. 37, filed 1/10/07) (the "Discovery Requests"). To date, however, I have not received responses from you. I request that you provide me responses to the Discovery Requests no later than July 27, 2007. Thank you.

                                    Sincerely,

                                    */s/ Erika Y. Tross*

                                  Erika Y. Tross
                                  Deputy Attorney General

cc:    Clerk of the Court
EYT/vd