# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-67-SLR |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | Jury Trial Requested |
| FIRST CORRECTIONAL MEDICAL, ) | |
| DR. BOSTON, BRIAN CASEY, ) | |
| C/O DAVIES, CAPTAIN EMMIT ) | |
| C/O REGINALD MAYES, and ) | |
| DEBRA MUSCARELLA, ) | |
| ) | |
| Defendants. ) | |

## Notice of Deposition

TO:  Inmate William F. Davis, III
     SBI #162762
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of William F. Davis, III will be taken by Erika Y. Tross, Deputy Attorney General, on August 8, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
    Attorney for Defendants

Dated: July 12, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on July 12, 2007, I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400