William F. Davis III
       Plaintiff

V.

Raphael Williams, First
Correctional Medical
Dr. Boston, Brian Casey,
C/O Davies, Cpt.
Emmit, C/O Reginal
Mayes and Debra
Muscarella,
              Defendant

Civil Action No. 05-67-SLR

Order 21st day of June, 2007



BD scanned

I'm under mental health care, unable to perform the legal duties to answer courts request. I'm Bipolar, lost oxygen at birth which cause me to live with learning disability. I recieved an order to do a brief from Judge Sue L Robinson. I made an effort to get assistance through the law library here, but they want to be paid for the service. Exibit - A is what was given to me as a reply concerning a brief. They know I have a learning disability so they took advantage of me.

S.B.I./62762
Date: 7-16-07, William F. Davis III

I'm a friend who's helping William, 396870

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| William F. Davis, III,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Raphael Williams, First Correctional Medical<br>Dr. Boston, Brian Casey, C/O Davies, Cpt.<br>Emmit, C/O Reginal Mayes and Debra<br>Muscarella,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-67-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### REPLY TO DEFENDANT ANSWER TO COMPLAINT

Plaintiff, William F. Davis, III moves this court to reply to the defendant's answer in the above-captioned case: The Plaintiff oppeses the defendant's motion.

WHEREFORE, complainant prays that this Court grants the following relief: Deny the defendant's motion to dismiss the complaint against First Correctional Medical Services and Debra Muscarella.

　

William F. Davis, III, SBI 162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M William F. Davis III
SBI# 162260   UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 JUL 2007 PM 1 L

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King St. Lock Box 18
Wilmington, Deleware
19801-3570

19801+3570