IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-067-SLR |
| | ) |
| RAPHAEL WILLIAMS, FIRST | ) |
| CORRECTIONAL MEDICAL, DR. | ) |
| BOSTON, BRIAN CASEY, | ) |
| C/O DAVIES, CAPTAIN EMMIT, | ) |
| C/O REGINALD MAYES, and | ) |
| DEBRA MUSCARELLA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 17th day of July, 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (D.I. 26) is **granted**. Nurse Jeremy and Officer Fred Way are added as defendants.

2. First Correctional Medical and Debra Muscarella's motion to dismiss (D.I. 25) is **granted** as to the claims against First Correctional Medical and the medical negligence under Delaware law, and **denied** in all other respects. First Correctional Medical is dismissed as a party.

3. State defendants' motion for leave to depose plaintiff (D.I. 44) is **granted**.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **additional**

**defendants Nurse Jeremey and Officer Fred Way**. Additionally, plaintiff shall provide the court with copies of the complaint (D.I. 2) and the amended complaints (D.I. 8, 26) for service upon the additional defendants. Plaintiff is notified that the United States Marshal will not serve the complaint and amended complaints until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms and copies of the complaint and amended complaint for the additional defendants within 120 days from the date of this order may result in the complaint and/or amended complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copies of the complaint (D.I. 2) and amended complaints (D.I. 8, 26), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the additional defendants identified in the 285 forms.

3. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

4. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a

defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

6. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous Service Orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

7. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____
UNITED STATES DISTRICT JUDGE