

POSTAGE DUE
1.07

William F. Davis, III
SBI# 162766
Delaware Correctional Center
Smyrna, DE 19977



RETURN TO SENDER
MOVED LEFT NO ADDRESS
ATTEMPTED NOT KNOWN
UNCLAIMED
REFUSED
NO SUCH STREET NUMBER
VACANT
INSUFFICIENT ADDRESS
NO MAIL RECEPTACLE

JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Civ. No. 05-67-SLR

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-067-SLR |
| | ) |
| RAPHAEL WILLIAMS, FIRST | ) |
| CORRECTIONAL MEDICAL, DR. | ) |
| BOSTON, BRIAN CASEY, | ) |
| C/O DAVIES, CAPTAIN EMMIT, | ) |
| C/O REGINALD MAYES, and | ) |
| DEBRA MUSCARELLA, | ) |
| | ) |
| Defendants. | ) |

William F. Davis, III, Delaware Correctional Center, Smyrna, Delaware. Pro se.

Erika Yvonne Tross, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Counsel for Defendants Raphael Williams, C/O Davies, Capt. Emmit, and C/O Reginald Mayes.

Daniel L. McKenty, Esquire, Esquire, McCullough & McKenty, P.A., Wilmington, Delaware. Counsel for Defendants First Correctional Medical and Debra Muscarella.

**MEMORANDUM OPINION**

Dated: July 17, 2007
Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III,            ) | |
|                                   ) | |
| Plaintiff,                        ) | |
|                                   ) | |
| v.                                ) | Civil Action No. 05-067-SLR |
|                                   ) | |
| RAPHAEL WILLIAMS, FIRST           ) | |
| CORRECTIONAL MEDICAL, DR.         ) | |
| BOSTON, BRIAN CASEY,              ) | |
| C/O DAVIES, CAPTAIN EMMIT,        ) | |
| C/O REGINALD MAYES, and           ) | |
| DEBRA MUSCARELLA,                 ) | |
|                                   ) | |
| Defendants.                       ) | |

## ORDER

At Wilmington this 17th day of July, 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (D.I. 26) is **granted**. Nurse Jeremy and Officer Fred Way are added as defendants.

2. First Correctional Medical and Debra Muscarella's motion to dismiss (D.I. 25) is **granted** as to the claims against First Correctional Medical and the medical negligence under Delaware law, and **denied** in all other respects. First Correctional Medical is dismissed as a party.

3. State defendants' motion for leave to depose plaintiff (D.I. 44) is **granted**.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **additional**