IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-067-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of McCullough & McKenty, P.A. and enter the appearance of Heckler & Frabizzio, P.A. as counsel for defendants Deborah Muscarella and First Correctional Medical, Inc.

| **McCULLOUGH & McKENTY, P.A.** | **HECKLER & FRABIZZIO, P.A.** |
|---|---|
| /s/ Daniel L. McKenty | /s/ Daniel L. McKenty |
| Daniel L. McKenty, *DE Bar No. 2689* | Daniel L. McKenty, *DE Bar No. 2689* |
| Legal Arts Building | The Corporate Plaza |
| 1225 King Street, Suite 1100 | 800 Delaware Avenue, Suite 200 |
| P.O. Box 397 | P.O. Box 128 |
| Wilmington, DE 19899-0397 | Wilmington, DE 19899-0128 |
| 302-655-6749 | dmckenty@hfddel.com |
| | 302-573-4800 |

Date:   August 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-067-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that on August 1, 2007, two copies of the foregoing Substitution of Counsel was served upon the following:

*Via First Class Mail*
William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Daniel L. McKenty
Daniel L. McKenty, *DE Bar No. 2689*

356108