IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-067-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:   William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of defendants Deborah Muscarella and First Correctional Medical, will take the oral deposition of William F. Davis, III on Wednesday, August 8, 2007, commencing at 10:00 a.m., at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

                 **HECKLER & FRABIZZIO, P.A.**

                 /s/ Daniel L. McKenty
                 Daniel L. McKenty, *DE Bar No. 4097*
                 The Corporate Plaza
                 800 Delaware Avenue, Suite 200
                 P.O. Box 128
                 Wilmington, DE 19899-0128
                 dmckenty@hfddel.com
                 302-573-4800
                 Attorneys for Defendants Deborah Muscarella
                 and First Correctional Medical

Date:   August 1, 2007

## CERTIFICATE OF SERVICE

I, **DANIEL L. MCKENTY**, hereby certify that on the 1st day of August, 2007, two (2) copies of the attached *Notice of Deposition* were mailed, U.S. First Class, postage-prepaid, to the following:

William F. Davis, III SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Daniel L. McKenty
Daniel L. McKenty, *DE Bar No. 4097*