William F. DAVIS III

V

Warden Raphael Williams
First Correctional medical
Dr. Boston, Brian Casey
C/o Davies, Captian Emmit
C/o Reginald moyes and
Debra muscarella
                    Defendante

C.A. NO. 05-67-SLR
04-209



FILED

SEP - 6 2007

SUE L. ROBINSON
U.S. DISTRICT JUDGE

RD scanned

Dear, Honorable Sue L. Robinson
may I have extra time to work on my Brief.
I am having a hard time to fine Some one
to help me. I wrote two letter to you that
I can't do legal work. Defendants is asking
for Summary judgment soon and I
need more time 30 days.
                            thank you
                            William L Davis III
                        Date 8-30-07

William F. Davis III

SBI# 162762    UNIT MHU 22-BC-10

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

31 AUG 2007 PM 2 T

USA First Class

Sue L. Robinson
U.S. District Court
844 North King Street Room 4209
Lock Box 31 Wilm, De1
19801