STATE OF DELAWARE

DEPARTMENT OF JUSTICE

05-67

The Honorable Sue L. Robinson
United States District Court
District of Delaware                    September 2, 2007
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



RECEIVED
SEP - 6 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned

Dear Chief Judge Robinson

 Concerning the motion entitled, "motion to Amend per Fed. Rules of Civ. Proc. Rule 15" (D.1.20)
 The caption of the motion reads, William F. Davis III v. Nurse Jeremey, Officer Fredway.
 I William F. Davis is here to clear up the questionable concern statement in a letter dated November 28 2006 sent to Judge Robinson, that read, unfortunately, after reading the motion, I am unclear on the relief plaintiff is requesting.
 To make clear, plaintiff "is" adding nurse Jeremey and officer Fredway as additional defendants. Previously named defendants will not get dismissed. I "Apologize" for the length of time to give clear understanding. Brief will follow soon concerning claim. Thank you

William F. Davis III
S.B.I. 162762

IM William K Davis II
SBI# 162762  UNIT M HU-22-B-L-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Wilm, Del
19801