IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM F. DAVIS, III          :

    Plaintiff,              :

    v.                      :       Civ. No. 05-67-SLR

BRIAN CASEY, (FNU) DAVIES,(FNU) :
MAYS, (FNU) JEREMEY, FRED WAY,
NURSE Officer
DEBORAH MUSCARELLA.            :

    Defendant(s)            :



FILED
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bo scanned

                      :       Motion to AMEND
                              Per RULE 15(b) of F.R. of
                      :       Civ. Procedure

    Pursuant to RULE 15 of the F.R.of Civ. Procedure, Plaintiff WILLIAM F. DAVIS, III now moves to AMEND the above captioned Civil matter, to name all Defendant(s) as 'persons' as oppoesed to the State Agency's First Correction Medical and Department of Corrections (DOC).

    Plaintiff will further continue to rely on the Statement of Claim submitted in his original Civil Complaint.

    I CERTIFY that the foregoing statements maded by me are true. I am aware that if any of the foregong statements made by me are willfully false, I am subject to punishment by law.

                                      Respectfully submitted,

Dated: 8-28-07          /s/ William F. Davis III
                            William F. Davis, III
                            SBI# 162762; 1-C-16
                            H.R.Y.C.I.; P.O. Box 9561
                            Wilmington, DE 19809

I/M: William F Davis III
SBI# 62762   UNIT: MHU-22-B-6-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Judge Sue L. Robinson
United States District Court
U.S. Court House
Wlm De
19801