to: United States District Court

From: William Frederick Davis III                    05-67

RE: STATE OF DELAWARE Department of Corrections (SDDoC)
        and medical Department SDDoc

<u>Statement</u>

THE STATEMENT hereof is about an incident that occurred in the
yard of 1-D pod on July 16 2004 and its mitigating circumstances.
    THERE on 1-D pod yard, inmate Brian Casey pushed me with his hands
in my Face. OFFICER DAVIS did not Document THE incident on THE
4-12 SHIFT. and no Documents were ever Doc generated about it. and MR.
Casey was not disaplined, but i did File a grievance on THE SAME Day.
(Attached). later in THE week inmate Casey again pushed me in the Face
playing basketball in Front of OFFICER MAZE of THE 4-12 SHIFT and again
THE incident was not documented nor was Casey disciplined
two weeks later on July 30, 2004 during breakfast Brian Casey, called
me a CHILD Molester I have burglary crimes) we Stood Face to Face
during his accusation and when i turned around MR. Casey punched me
in my Face Shattering my Jaw on both Sides. A CODE was called and
<u>OFFICER Fred WAY,</u> took me to THE infirmary THE nurse <u>JEREMEY</u>
Quickley looked at my mouth putting a gauze bandage upon it.
THE action was to attemp to Stop THE bleeding inside my mouth.
but THE bleeding Stopped on its own without anyone help From the
nurses office. and no more help was Ever rendered in THE infirmary.
I was Sent back to the pod with THE gauze bandage in place on my
Face. Once in my cell I was able to see my Jaw in THE mirror
noticing it was Extremely crooked and off alignment. I couldn't move
my Jaw Except with my hand Feeling THat Several breaks was THERE.
As a Result i didn't and couldn't move ale Eat For Five days, my Jaw
Could not be moved by my mouth to Eat. i told the Doc OFFICERS
many times THAT i couldn't move my mouth to Eat, and THAT it
was broken. THEy ignored me. my complaint was ignored also.
after Five days my Pod Counselor mr. deABorah called THE infirmary
I was admitted but layed THERE another six days with a broken Jaw.
before being Seen by a Surgeon. THE Doc officers were OFFICER
MAZE and Reynolds. Brian Casey was on 1-D pod prior to my
Complaint.