Exhibit A

William F Davis
SBI# 162762  1-C-16
H.R.Y.C.I, P.O Box 9561
Wilmington Del. 19809



RE: Civil Action CV05-67-SLR

Capt. Williams
H.R.Y.C.I, P.O Box 9561
Wilmington Del. 19809

Dear Capt. Williams

In regards to the above Captioned civil action where in inmate Brian Casey Broke my Jaw on May, 31, 2004, subsequentley inmate Brian casey was sent to the hole for his actions. Officer Mcreynolds witnessed the incident and I was not at fault and I was not disciplined. Capt. Emitt investigated the incident and foward the information to the attorney genaral office and Capt emitt stated ~~the~~ they will not press charges against Brian casey.