Exhibit "B"


RECEIVED
OCT 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Date | Procedure Code | Description | Diagnosis | Charge | Credit | Balance |
|---|---|---|---|---|---|---|
| 06/11/2004 07/15/2004 | 21461 | OPEN TREATMENT MANDIBULAR FX; W/O INTERDENTAL FIX NO COV. FOR DATE OF SER. | | $2,430.00 | $0.00 | $2,430.00 |
| 07/26/2004 | | | | | | |

Z-Copy

Seen by A Surgeon

my 5-31-04 H;s is the day my Jaw was broken ii Deon Seen by Surgon

Patient Name: WILLIAM F. DAVIS
ANESTHESIA SERVICES, PA
PO BOX 12870
WILMINGTON DE 19850
Account No.: ASP - 309896
For all billing questions, call: (302) 733-0705

Amount Due: $2,430.00

If you have questions, please call (302) 733-0705. If you have already paid this balance, please disregard this bill. Your account is still outstanding, please remit payment in full.