| Incident# | | |
|---|---|---|
| 3007207 | HRYCI Howard R.Young Correctional Institution<br>1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone#: 302-429-7700 | Date: 07/14/2006 |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 09:20 | Confidential: No |
|---|---|---|---|---|

**Facility:** HRYCI Howard R.Young Correctional Institution                **Followup Required:** No

**Associated Disciplinary Report #(s)** 3004943

**Incident Location:** Pod 1D

**Location Description:** 1D Pod Dayroom

**Violated Conditions:** 1.13 Fighting

**Description of Incident:**

On the above date and time, I C/O McReynolds was conducting chow. Inmates Casey, Brian #205674 and Davis, William #162762 were in the chow line and began arguing. During the exchange of words inmate Casey punched inmate Davis in the facial area. Inmate Casey continued to bring the fight to inmate Davis. Inmate Davis fought back in defense. I called a code eight on 1D pod. Sgt. Way, Lt. Singh and multiple other staff members responded to the code. The responding staff members went onto the pod and secured both inmates with hand cuffs. Both inmates were then separately escorted to the infirmary to be treated by medical. Inmate Casey was escorted from medcal to 1E9. Inmate Davis was escorted from medical back to 1D. Disciplinary reports was also submitted.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Brian, Casey | No | Scratches On Face |
| William, Davis | No | Scratches On Face And Bloody Mouth |

**Evidence Type:** N/A                                       **Date Collected:** N/A

**Discovered By:** N/A                                       **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE

**Restraints Used:** hand cuffs

**Immediate Action Taken:**
I called a code eight. Submitted report

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Balwant, Singh | N/A | Staff Lt./Lt |
| Staff | Fred, Way III | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Jermaine, Mcreynolds | N/A | Correctional Officer |
| Inmate | William, Davis F 3 | 00162762 | N/A |
| Inmate | Brian, Casey M | 00205674 | N/A |

**Reporting Officer:** Mcreynolds, Jermaine (Correctional Officer)      **Entered By:** Mcreynolds, Jermaine (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 05/31/2004  Approved by: Polk, John W (Staff Lt./Lt)

**Comments:** I/M was taken to 1EPod, pending a disciplinary hearing.





EXHIBIT
Davis, 3
Ruland 8.8.07

Page 1 of 1