To: United States District Court.
From: William Frederick Davis III
Re: State of Delaware Department of Corrections (SDDOC)
   and medical Department SDDOC Complaint Statement.

Exh. 57-"D"

## Statement

The Statement hereof is about an incident that occurred in the yard of 1-D pod on July 16 2004 and its mitigating circumstances.

There on 1-D pod yard, inmate Brian Casey pushed me with his hands in my face. Officer Davis did not document the incident on the 4-12 shift. And no Documents were ever DOC generated about it. And Mr. Casey was not disciplined, but I did file a grievance on the same day. (Attached). Later in the week inmate Casey again pushed me in the face playing basketball in front of Officer Maze of the 4-12 shift and again the incident was not documented nor was Casey disciplined.

Two weeks later on July 30, 2004 during breakfast Brian Casey, called me a child molester (I have burglary crimes) we stood face to face during his accusation and when I turned around Mr. Casey punched me in my face shattering my jaw on both sides. A code was called and Officer Fred Way, took me to the infirmary the nurse Jeremey Quickley looked at my mouth putting a gauze bandage upon it. The action was to attemp. to stop the bleeding inside my mouth. But the bleeding stopped on its own without anyone help from the nurses office. And no more help was ever rendered in the infirmary. I was sent back to the pod with the gauze bandage in place on my face. Once in my cell I was able to see my jaw in the mirror noticing it was extremely crooked and off alignment. I couldn't move my jaw except with my hand feeling that several breaks was there. As a result I didn't and couldn't move are eat for five days, my jaw could not be moved by my mouth to eat. I told the DOC officers many times that I couldn't move my mouth to eat, and that it was broken. They ignored me. My complaint was ignored also. After five days my pod counselor Mr. Deborah called the infirmary I was admitted but layed there another six days with a broken jaw. before being seen by a surgeon. The DOC officers were Officer Maze and Reynolds. Brian Casey was on 1-D pod prior to my complaint.



RECEIVED
OCT 10 2007