"Judges copy"
Exhibit "G"

# TRANSITION UNIT LEVEL SYSTEM

**PURPOSE:** To provide a structured system with built-in rewards and consequences for compliance or noncompliance with overall treatment. By establishing these clear guidelines, residents will be encouraged to participate to their fullest and to comply with the treatment that is offered to them.

**PROCEDURES:** Each inmate on the Transition Unit earns privileges through the level system. Levels are determined by the mental health therapists. Security staff is consulted to provide information regarding inmate behavior. Levels will be reviewed weekly, and changes will be reviewed with the inmate.

The following factors will be used to determine levels:
Medication compliance
Appropriate behavior (no acting-out, no write-ups, following Transition Unit rules)
Passing cell inspection
Passing personal hygiene inspection
Group attendance
Individual counseling attendance

RECEIVED OCT 10 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**LEVELS:**

**1. BASIC LEVEL**
Locked down 23 hours per day (one hour recreation)
No commissary
No visits
Meals in cell
Only allowed basic bedding and hygiene supplies

Inmates on basic level have been on a higher level and have acted out, have decompensated due to refusing medication, or are refusing to comply with the program.