IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-67-SLR |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | Jury Trial Requested |
| C/O DAVIES, CAPTAIN EMMIT ) | |
| C/O REGINALD MAYES, DEBRA ) | |
| MUSCARELLA, NURSE JEREMY, ) | |
| and OFFICER FRED WAY, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig, and C/O Reginald Mays (the "State Defendants")[1], by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against the State Defendants pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. In support of the Motion, State Defendants have filed simultaneously herewith State Defendants' Opening Brief In Support Of Their Motion For Summary Judgment.

---

[1] Officer Fred Way has not been served in this matter and, therefore, is not a party to the State Defendants' Motion for Summary Judgment.

- 2 -

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against the State Defendants with prejudice.

                                         **DEPARTMENT OF JUSTICE**
                                         **STATE OF DELAWARE**

                                         */s/ Erika Y. Tross*

                                         Erika Y. Tross (#4506)
                                         Deputy Attorney General
                                         820 N. French Street, 6th Floor
                                         Wilmington, DE  19801
                                         (302) 577-8400
                                              Attorney for the State Defendants

Dated: October 15, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. DAVIS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-67-SLR |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, | ) | Jury Trial Requested |
| C/O DAVIES, CAPTAIN EMMIT | ) | |
| C/O REGINALD MAYES, DEBRA | ) | |
| MUSCARELLA, NURSE JEREMY, | ) | |
| and OFFICER FRED WAY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon State Defendants' Motion For Summary Judgment pursuant to Federal Rule Of Civil Procedure 56(c) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaints filed in the above-captioned action are **DISMISSED WITH PREJUDICE** against State Defendants Warden Raphael Williams, C/O Kerry Davies, Deputy Warden Mark Emig (listed as "Captain Emmit") and C/O Reginald Mayes.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 15, 2007, I caused a true and correct copy of the attached *State Defendants' Motion For Summary Judgment* to be filed using CM/ECF and to be served by electronic delivery. On October 16, 2007, all individuals listed below will be served in the form and manner indicated.

**Via First Class Mail**
Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Hand Delivery**
Daniel L. McKenty, Esq.
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400