4301 E. 12th Street
WILMINGTON DE, 19809
Phone#: 302-429-7700

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 09:20 | Confidential: No |

**Facility:** HRYCI Howard R.Young Correctional Institution   **Followup Required:** No

**Associated Disciplinary Report #(s)** 3004943

**Incident Location:** Pod 1D

**Location Description:** 1D Pod Dayroom

**Violated Conditions:** 1.13 Fighting

**Description of Incident:**

On the above date and time, I C/O McReynolds was conducting chow. Inmates Casey, Brian #205674 and Davis, William #162762 were in the chow line and began arguing. During the exchange of words inmate Casey punched inmate Davis in the facial area. Inmate Casey continued to bring the fight to inmate Davis. Inmate Davis fought back in defense. I called a code eight on 1D pod. Sgt. Way, Lt. Singh and multiple other staff members responded to the code. The responding staff members went onto the pod and secured both inmates with hand cuffs. Both inmates were then separately escorted to the infirmary to be treated by medical. Inmate Casey was escorted from medcal to 1E9. Inmate Davis was escorted from medical back to 1D. Disciplinary reports was also submitted.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Brian, Casey | No | Scratches On Face |
| William, Davis | No | Scratches On Face And Bloody Mouth |

**Evidence Type:** N/A   **Date Collected:** N/A
**Discovered By:** N/A   **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE

**Restraints Used:** hand cuffs

**Immediate Action Taken:**
I called a code eight. Submitted report

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Balwant, Singh | N/A | Staff Lt./Lt |
| Staff | Fred, Way III | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Jermaine, Mcreynolds | N/A | Correctional Officer |
| Inmate | William, Davis F 3 | 00162762 | N/A |
| Inmate | Brian, Casey M | 00205674 | N/A |

**Reporting Officer:** Mcreynolds, Jermaine (Correctional Officer)   **Entered By:** Mcreynolds, Jermaine (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 05/31/2004   **Approved by:** Polk, John W (Staff Lt./Lt)

**Comments:** I/M was taken to 1EPod, pending a disciplinary hearing.



EXHIBIT
Davis.3
RWLWR 8.8.07

Page 1 of 1

| Incident# | HRYCI Howard R.Young Correctional Institution | Date: 08/07/2007 |
|---|---|---|
| 3007208 | 1301 E. 12th Street | |
| | WILMINGTON DE, 19809 | |
| | Phone#: 302-429-7700 | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 05/31/2004    **Time:** 09:20    **Confidential:** No

**Facility:** HRYCI Howard R.Young Correctional Institution    **Followup Required:** No

**Incident Location:** Pod 1D

**Location Description:** Day Room Floor Code 8

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

iOn the above date and about the approximate time, I Cpl. Forte was assigned to the first floor when a code 8 was called on 1D pod. As I arrived in the area S1- I/M Davis William #162762 was already handcuffed by Sgt. Way and S2- I/M. Casey Brian #205674 was hand cuffed by C/O Emig. QRTarrived on the scene and was briefed about both inmates and the situation. The QRT escorted . I/M Davis to the infirmary where he was treated by nurse Jeremy Jovin for cuts inside of his mouth he was then cleared and the QRT escorted him back to his unit. I/m Casey Brian was treated by nurse Jeremy Jovin for scratches on his face and was cleared to be housed on the disiplinary housing unit as he was escorted by the QRT. Sgt.Way did preliminary invesigation and found that I/M Casey was the aggresor who struck I/M Davis in the face. I/M. Davis was just defending him self from being attacked by I/M. Casey. I/M Casey who was the aggressor in the fight is now being housed on the displinary housing unit and I/M Davis returned back to 1D pod. Disciplinary report was submitted to the hearing officer about the incident.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Brian, Casey | No | Scratches On Face |
| William, Davis | No | Scratches On Face/Self Bite On Inside Of Cheek |

**Evidence Type:** N/A    **Date Collected:** N/A

**Discovered By:** N/A    **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE

**Restraints Used:** hand cuffs

**Immediate Action Taken:**
submitted report

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Brian, Casey M | 00205674 | N/A |
| Inmate | William, Davis F 3 | 00162762 | N/A |
| Staff | Brian, Forte | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Fred, Way III | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Jermaine, Mcreynolds | N/A | Correctional Officer |
| Staff | Brian, Emig | N/A | Correctional Officer |

**Reporting Officer:** Forte, Brian  (Co Corporal/Sgt. - Large Inst.)    **Entered By:** Forte, Brian  (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 05/31/2004  **Approved by:** Polk, John W  (Staff Lt./Lt)

**Comments:** N/A

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone#: 302-429-7700

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/31/2004 | Time: 09:23 | Confidential: No |
|---|---|---|---|---|

**Facility:** HRYCI Howard R.Young Correctional Institution      **Followup Required:** No
**Incident Location:** Pod 1D
**Location Description:** Code 8.ID.Dayroom
**Violated Conditions:** Other

**Description of Incident:**

On Monday 05/31/2004 at approximately 0923 Hrs W1 Sgt. C. Richards QRT leader and the team responded to code 8 on 1 D pod. On arrival #162762 I/M Davis William and #228794 I/M Casey Brian who was involved in the fight was already handcuffed and secured in interview rooms. The team was breifed and escorted I/M. Davis to the infirmary where he was treated for cuts inside his mouth by Nurse Jermey Jarvis then escorted back to 1 D cell #10 where the handcuffs were removed and I/M Davis secured in his cell. The team then escorted I/M Casey from 1D inner interview room to the infirmary. He was examined by Nurse Jarvis and treated for scratches and bruises on his face. He was then escorted to 1 E inner interview room where the handcuffs were removed and I/M Casey was secured. During the escorts team members performed the following functions. #1 C/O Cumberbatch G. Held the sheild in front of the inmates, #2 C/O Charles R. secured right arm, #3 C/O Rivera C. secured left arm, #4 C/O Pritchett K. guided the sheildman through the hallway and #5 C/O Talenti A. guided camera person. The escorts were videotaped by C/O Whitehead N. Both inmates were compliant during the escorts and there were no unusual incidents.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Brian, Casey | No | Davis. Cuts Inside Mouth. Casey Scratches And Bruises |
| William, Davis | No | Cuts Inside Mouth. |

**Evidence Type:** N/A                              **Date Collected:** N/A
**Discovered By:** N/A                              **Secured By:** N/A

**Type of Force Used** [ ]  PHYSICAL  [ ]  CHEMICAL  [ ]  STUN  [X]  OTHER  [ ]  CAPSTUN  [ ]  NONE
**Restraints Used:** haqndcuffs

**Immediate Action Taken:**
responded to code and did escorts.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | William, Davis F 3 | 00162762 | N/A |
| Inmate | Brian, Casey J | 00228794 | N/A |
| Staff | Charles, Richards | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Gervin, Cumberbatch | N/A | Correctional Officer |
| Staff | Radcliffe, Charles | N/A | Correctional Officer |
| Staff | Courtney, Rivera A | N/A | Correctional Officer |
| Staff | Kenneth, Pritchett | N/A | Correctional Officer |
| Staff | Andrew, Talenti | N/A | Correctional Officer |

**Reporting Officer:** Richards, Charles (Co Corporal/Sgt. - Large Inst.)      **Entered By:** Richards, Charles (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved   [ ] Disapproved   **Date:** 05/31/2004   **Approved by:** Polk, John W (Staff Lt./Lt)
**Comments:** N/A