Delaware Department of Correction - [Offender Housing Details and History - MOV_OHDH ] - Offender Housing Details and History Report Created on Wednesday August 8, 2007 08:05

| Select Offender SBI Number | Name | Location | R/S | Multi Status | SENTAC | Location | Sec/Cust |
|---|---|---|---|---|---|---|---|
| PO | | | | | | | |
| PO | | | | | | | |
| 00162762 | DAVIS | WILLIAM | F | B | | V | |
| | | DCC - 02 | M | N | | | |

| Bed | Facility | Tier / Pod | Building | |
|---|---|---|---|---|
| Cell | Wing / Unit | Floor | Bed Type | Date Entered |
| Time Entered | Date Departed | Time Departed | Comments | |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 2F | Building 1 | |
| Cell 3 | West | Floor 2 | | 04/04/2003 |
| 20:51 | 04/06/2003 | 13:51 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 | |
| Cell 16 | West | Floor 1 | | 04/06/2003 |
| 13:51 | 01/29/2004 | 22:33 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 11 | West | Floor 1 | | 01/29/2004 |
| 22:33 | 01/30/2004 | 03:35 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 | |
| Cell 202 | West | Floor 1 | | 01/30/2004 |
| 03:35 | 01/31/2004 | 01:31 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 | |
| Cell 197 | West | Floor 1 | | 01/31/2004 |
| 01:31 | 01/31/2004 | 10:57 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 | |

| Cell 202 | West | | Floor 1 | | 01/31/2004 |
|---|---|---|---|---|---|
| 10:57 | 02/01/2004 | | 20:38 | | |
| Bed A | HRYCI Howard R. Young Correctional Institution | | Infirmary | Building 1 | |
| Cell 198 | West | | Floor 1 | | 02/01/2004 |
| 20:38 | 02/02/2004 | | 21:05 | | |
| Bed A | HRYCI Howard R. Young Correctional Institution | | Pod 1E | Building 1 | |
| Cell 7 | West | | Floor 1 | | 02/02/2004 |
| 21:05 | 02/11/2004 | | 10:53 | | |
| Bed B | HRYCI Howard R. Young Correctional Institution | | Infirmary | Building 1 | |
| Cell 196 | West | | Floor 1 | | 02/11/2004 |
| 10:53 | 02/12/2004 | | 18:08 | | |
| Bed A | HRYCI Howard R. Young Correctional Institution | | Pod 1D | Building 1 | |
| Cell 15 | West | | Floor 1 | | 02/12/2004 |
| 18:08 | 04/23/2004 | | 11:30 | | |
| Bed B | HRYCI Howard R. Young Correctional Institution | | Pod 1E | Building 1 | |
| Cell 19 | West | | Floor 1 | | 04/23/2004 |
| 11:30 | 04/27/2004 | | 10:49 | | |
| Bed C | HRYCI Howard R. Young Correctional Institution | | Pod 1D | Building 1 | |
| Cell 7 | West | | Floor 1 | | 04/27/2004 |
| 10:49 | 04/29/2004 | | 13:09 | | |
| Bed B | HRYCI Howard R. Young Correctional Institution | | Pod 1D | Building 1 | |
| Cell 10 | West | | Floor 1 | | 04/29/2004 |
| 13:09 | 06/02/2004 | | 18:10 | | |
| Bed A | HRYCI Howard R. Young Correctional Institution | | Infirmary | Building 1 | |
| Cell 192 | West | | Floor 1 | | 06/02/2004 |
| 18:10 | 06/05/2004 | | 06:38 | | |
| Bed A | HRYCI Howard R. Young Correctional | | Infirmary | Building 1 | |

|  | Institution |  |  |  |
|---|---|---|---|---|
| Cell 191 | West | Floor 1 |  | 06/05/2004 |
| 06:38 | 06/10/2004 | 17:00 |  |  |
| Bed A | HRYCI Howard R.Young Correctional Institution | B&R Housing Bunks | Building 1 |  |
| Cell 121 | West | Floor 1 |  | 06/10/2004 |
| 17:00 | 06/12/2004 | 17:28 |  |  |
| Bed B | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 204 | West | Floor 1 |  | 06/12/2004 |
| 17:28 | 07/06/2004 | 10:08 |  |  |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 2L | Building 1 |  |
| Cell 8 | West | Floor 2 |  | 07/06/2004 |
| 10:08 | 07/06/2004 | 19:39 |  |  |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 |  |
| Cell 3 | West | Floor 1 |  | 07/06/2004 |
| 19:39 | 10/08/2004 | 22:46 |  |  |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 |  |
| Cell 8 | West | Floor 1 |  | 10/08/2004 |
| 22:46 | 10/13/2004 | 14:33 |  |  |
| Bed B | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 196 | West | Floor 1 |  | 10/13/2004 |
| 14:33 | 10/14/2004 | 12:28 |  |  |
| Bed C | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 202 | West | Floor 1 |  | 10/14/2004 |
| 12:28 | 10/14/2004 | 13:06 |  |  |
| Bed B | HRYCI Howard R.Young Correctional Institution | Infirmary | Building 1 |  |
| Cell 198 | West | Floor 1 |  | 10/14/2004 |
| 13:06 | 10/15/2004 | 12:18 |  |  |

| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 19 | West | Floor 1 | | 10/15/2004 |
| 12:18 | 10/22/2004 | 19:00 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 2K | Building 1 | |
| Cell 18 | West | Floor 2 | | 10/22/2004 |
| 19:00 | 10/24/2004 | 13:55 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 | |
| Cell 5 | West | Floor 1 | | 10/24/2004 |
| 13:55 | 01/01/2005 | 19:41 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 7 | West | Floor 1 | | 01/01/2005 |
| 19:41 | 01/13/2005 | 20:47 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 2M | Building 1 | |
| Cell 2 | West | Floor 2 | | 01/13/2005 |
| 20:47 | 01/24/2005 | 10:57 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 1C | Building 1 | |
| Cell 16 | West | Floor 1 | | 01/24/2005 |
| 10:57 | 08/31/2005 | 09:21 | | |
| Top | DCC Delaware Correctional Center | Tier E | Bldg D-EAST | |
| Cell 8 | | | | 08/31/2005 |
| 14:03 | 09/20/2005 | 18:32 | | |