| DR# 3004943 | | HRYCI Howard R. Young Correctional Institution<br>1301 E. 12th Street<br>WILMINGTON DE, 19809<br>Phone No. 302-429-7700 | | Date: 08/03/2007 |

Case 1:05-cv-00567-SLR    Document 61-9    Filed 10/15/2007    Page 1 of 3

## DISCIPLINARY HEARING DECISION

| | | | |
|---|---|---|---|
| **Inmate:** Casey, Brian M | | **SBI#:** 00205674 | **Type:** Class 1 |
| **Institution:** HRYCI Howard R.Young Correctional Institution | | **Hearing Date:** 06/03/2004 | **Time:** 10:45 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** , 1.06/200.203 Disorderly or Threatening Behavior, 1.13 Fighting

**Inmate PLEA: Guilty**

**Inmate Statement:** I/M Casey admitted to hitting I/M Davis. They were arguing and I/M Davis was up in his face and flinched as if he was going to hit him. He said that he reacted and punched him. He said he then attempted to get away from I/M Davis, but he kept holding on to him.

**Witness Name:** Mcreynolds, Jermaine

**Testimony :** N/A

**Decision :Guilty**
**Rational :** Admitted to fighting.
**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____
                                        Parker, Phillip

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    DO        [X]    DO NOT INTEND TO APPEAL        _____
                                                              **INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | 05/31/2004 | 15 | 06/14/2004 |

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

| Inmate : Casey, Brian M | SBI#: 00205674 | Type: Class 1 |
|---|---|---|
| Institution: HRYCI Howard R.Young Correctional Institution | Hearing Date: 06/03/2004 | Time: 10:45 |

## MEMORANDUM

To : Casey, Brian M

From : Warden

RE : APPEAL DECISION

1. **Isolated Confinement**

   Your appeal        [ ] Accepted    [ ] Denied

   The decision of hearing    [ ] Affirmed    [ ] Reversed    [ ] Remanded for further proceedings

   The sanction imposed by hearing officer will [ ] Remain as imposed by the Hearing Officer [ ] Reduced

   The basis of this decision is as follows :

   Date Reviewed

DR# 3004943

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
New Castle, DE, 19809
Phone#: 302-429-7700

Date: 08/03/2007

# DISCIPLINARY HEARING APPEAL FORM

Inmate: Casey, Brian M                    SBI#: 00205674    Type: Class 1
Institution: HRYCI Howard R.Young Correctional Institution    Hearing Date: 06/03/2004    Time: 10:45

## RE: DISCIPLINARY HEARING

You have the right to appeal the decision of the Hearing officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the hearing officer shall be automatically stayed for Seventy-Two(72) hours immediately following the hearing **(UNLESS) YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT** to appeal. If You do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

[ ]  Yes, I do want to appeal.      [X]  No, I do not want to appeal.

I want the decision of the Hearing Officer to be:

[ ]  Reversed, and/or        [ ]  Remanded for further Proceedings.

My reasons for making this appeal are:

N/A

DATE: 08/07/2007                SIGNATURE: _____
                                            Casey, Brian M

To file this appeal, give it to Parker, Phillip

* The 72-hour time limit will run only while you are incarcerated.