*Written Request*
XC: Lt. Salato

04-5703

FORM #584
GRIEVANCE FORM

FACILITY: D.Y.C.I.  DATE: Friday July 16, 2004
GRIEVANT'S NAME: William F. Davis  SBI#: 162765
CASE#: _____  TIME OF INCIDENT: _____
HOUSING UNIT: 1-D

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Incident that occured in the yard. Where Brain Casey push me and put his hands in my face. Officer Daves didn't do anything on 4 to 12 shift and nothing was never documented and he was not discipline. Later on in the week we were outside again playing Basketball, when (Inmate) Brain Casey again mush me in the face in front of officer Maze, at which officer Maze didn't do anything, and nothing wasn't documented during 4 to 12 Shift. Two (2) days later is when Inmate Brian Casey punch me in the mouth during breakfast time and cause injury to my jaw.

ACTION REQUESTED BY GRIEVANT: Would like someone to look into this matter to see why officer Daves and Maze didn't do anything to Mr. Casey, and why this Incident wasn't documented. I would like to press charges on Casey

GRIEVANT'S SIGNATURE: William F. Davis  DATE: 7-16-2004

WAS AN INFORMAL RESOLUTION ACCEPTED? ____ (YES) ____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)
GRIEVANT'S SIGNATURE: _____  DATE: _____

MPCJF RECEIVED AUG 0 2 2004 GRIEVANCE HEARING

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXHIBIT
Davis-5
RWR 8-8-07

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate  William Davis      1-D

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    8-6-04

RE:         YOUR RECENT GRIEVANCE #04- 5703

This memo is to inform you that the grievance submitted by you dated 7-16-04, regarding phsical harm/conduct of officers is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is: Captain Bamford 4-12 shift Commander

____ This is an issue/complaint that has already been grieved by you or another inmate. #_____

____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

__X__ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type of medical condition, please submit a sick call slip.

_____ Other: Requests are not processed through the grievance procedure.

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:	file