OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2007

TO: William F. Davis, III
SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Deficiency for Lack of Service; Civ. No. 05-67(SLR)**

Dear Mr. Davis:

Papers have been received by this office for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2(b).

Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, **you must serve local counsel**. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Service List