# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-67-SLR |
| ) | |
| WARDEN RAPHAEL WILLIAMS, ) | Jury Trial Requested |
| C/O DAVIES, CAPTAIN EMMIT ) | |
| C/O REGINALD MAYES, DEBRA ) | |
| MUSCARELLA, NURSE JEREMY, ) | |
| and OFFICER FRED WAY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that hospital records received pursuant to a signed medical release and Bates stamped D00001 – D00170[1] were served on October 22, 2007 upon the following individuals by U.S. Mail:

Inmate William F. Davis, III  
SBI #162762  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977  

Daniel L. McKenty, Esq.  
Heckler & Frabizzio  
P.O. Box 128  
Wilmington, DE 19899-0128  

**DEPARTMENT OF JUSTICE**  
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*  
Erika Y. Tross (#4506)  
Deputy Attorney General  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for State Defendants

Dated: October 22, 2007

---

[1] Although discovery closed in this case, counsel for the State Defendants received the documents after the discovery deadline. None of the documents appear relevant to the above-captioned matter, however, counsel sent the documents to all parties as she agreed to do during the deposition of Mr. Davis.