In the United States District Court

William F. Davis III
Plaintiff

v.

C.A. No. 05-67-SLR

Warden Raphael Williams
c/o Davies, Captain Emmit
c/o Reginald Mayes, Debra
Muscarella, Nurse Jeremy
and officer, Fred a/ay
Defendants

motion summary judgment arguments

RECEIVED
NOV 1 2007
SUE L. ROBINSON
U.S. DISTRICT
RD Scanned

In the United States District Court

William F. Davis III
Plaintiff

V.

C.A. NO. 05-67-SLR

Warden Raphael Williams
C/o Davies, Captain Emmit
C/o Reginald Mayes, Debra
Muscarella, Nurse Jeremy
And officer Fred Way
Defendants

Motion for Certificate of Sevice

According to the Federal rules of Civil Procedure rules, and district of Delaware local 5.2(b). Serve all local Counsel.

Sincerely,

William F Davis III
Date: 10-28-07

Answer summary judgment argument
failure to protect

A plaintiff must prove that the offical played an plaintiff rights, there must be a causal link between the actions of the responsible of the officials. Have know of a substatial risk if that risk was obvious when inmate fight all the time on a mental health pod. A lot of fight happen during Chow. officers should be on the pod during Chow with mental health inmate being unsupervised Chow time.

inadequately - supervised

inadequately - Classification over looking aggression inmate

inadequately - Security lacking in training

No surveillance devices on a mental health pod.

They are liable, Warden, Raphael Williams.

Warden, Emig who at that time served as facility investigator Ask the Attorney General's office to pursue Criminal Charges against Casey. the Attorney General's office responded that they would not pursue charges against Casey because the inmate were fighting. incident report 5-31-04 said I, William F. Davis III fought back in defence.

Emig interrogatory no 5. stated that both inmate Casey and Davis received write-ups for fighting that is a lie. I, William F. Davis III didn't get a write-up. you Warden Emig been covering up lies for a long time. Who did Warden Emig talk to and the information or letter from the Attorney office further concluded that the matter would best be handled by the facility. my mother Lois Davis call the Attorney General office nobody talk to them.

Sincerely,
William F. Davis III
Date: 10-28-07

Answer to Summary Judgment Argument

Medical Treatment

Page 9 motion for summary judgment, nurse jeremy found that Davis was able to open and close his mouth "fully" and talk clearly. No way. How can I open my mouth "fully" and talk clearly when my mouth was crooked. The surgeon had to line up my jaw and put screws to fix my jaw.

I sign a medical release form where is my medical record when surgery was done on my jaw. You gave me medical records about my psych disorder from Christiana Care. That don't have nothing to do with my pending litigation, that is personal and disrespect, and you know what you are doing trying to make me look like that I am not a stable person. You ask for my medical records saying needed for pending litigation. My psych disorder have nothing to do with my jaw. So, where is my medical records for my jaw? Where is my medical records from Gander Hill about my jaw? And where is my medical records from my surgeon about my jaw?

Less than two weeks later on June 11, 04 starting with may 3, 04 I william F Davis III received surgery to repair my crooked jaw. If I was on the street and went to a hospital emergency, would the hospital wait 11 day with a crooked jaw? No way!

Sincerely,

William F Davis III
Date: 10-28-07

## CERTIFICATE OF SERVICE

I, _William F. Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Plints Brief and Summary Judgment Argument_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

| | |
|---|---|
| Nurse Jeremey<br>State of Del, Department<br>of Correction<br>Stan Taylor | Erika Yvonne Tross<br>Del, Dept of Justice<br>Civil Division<br>820 North French Street 6th Floor<br>Wilm, Del 19801 |
| Officer Fred Way<br>Raphael Williams | Erika Yvonne Tross<br>Del, Dept of Justices<br>Civil Division<br>820 North French Street 6th Floor<br>Wilm, Del 19801 |
| Dr. Boston<br>Brian Casey<br>Correction Officer Davies<br>Captain Emmit | Erika Yvonne Tross<br>Del, Dept of Justices<br>Civil Division<br>820 North French<br>Wilm, Del 19801 |

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _28_ day of _October_, 20_07_.

_William F. Davis_
(Your signature)

## CERTIFICATE OF SERVICE

I, _William F. Davis III_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Plaintiff: Brief and Summary Judgment argument_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Correctional Officer Reginald Mayes

Debra Muscarella

Erika Yvonne Tross
Del. Dept. of Justice
Civil Division
820 North French Street 6th Floor
Wilm, Del 19801

Daniel L. McKenty
Heckler & Frabrizzio
800 Del Ave, Suite 200
P.O. Box 128 Wilm, Del 19899

Dana Spring Monzo
White & Williams
824 Market Street, Suite 902 P.O. Box 70,
Wilm, Del 19899
709

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _26_ day of _October_, 200_7_.

_William F. Davis III_
(Your signature)

