**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

November 14, 2007

Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      Re:   *Davis v. Williams, et al.,*
                <u>D. Del., C.A. No. 05-67-SLR</u>

Dear Mr. Davis:

      I am in receipt of your brief in which you state that I have disrespected you by not giving you medical records regarding the surgery performed on your jaw. (D.I. 69). Please be advised that I have given you all of the medical records I received in response to my request to the hospitals.

      On or about August 23, 2007, I sent a letter with a copy of your signed medical release to the St. Francis and Christiana Hospitals requesting a copy of all of your medical records. Not long thereafter I received copies of your medical records from Christiana Hospital and noticed that there were no medical records regarding the surgery performed on your jaw on or about June 12, 2004. My assistant called the records department at Christiana Hospital and they informed her that they could not locate the records from your surgery. My assistant then asked them to send me a letter stating that they could not locate these records. A copy of the letter they sent me is enclosed.

William F. Davis, III
November 14, 2007
Page 2

        On October 22, 2007, I sent you a copy of <u>all</u> of the medical records I received from St. Francis and Christiana Hospitals. I do not have any other documents in my possession that were sent to me by these hospitals. Thank you.

        Sincerely,

        */s/ Erika Y. Tross*

        Erika Y. Tross
        Deputy Attorney General

EYT/vd
Enclosures
cc (with Enclosures):  Clerk of the Court
                           Daniel L. McKenty, Esq.