Christiana Care Health Services
November 1, 2007


Attn: ERIKA Y. TROSS
DEPARTMENT OF JUSTICE
820 N. FRENCH ST.
CARVEL STATE OFFICE BLDG.
WILMINGTON, DE 19801
Telephone: 302-577-8933


RE:        900023324   DAVIS, WILLIAM F


The request for information you have submitted on the
above patient cannot be processed at this time.  After an
initial review of our files, the records are not available
at this time.

If you still desire the requested information, please
re-submit your request with this letter.


Thank you for your patience and anticipated cooperation.


                        Sincerely,

                        Christiana Care Health Services
                        Release of Information

P.O. Box 1668
Wilmington, DE  19899
(302)-428-6852
Monday - Friday   8:00 to 4:30



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

August 23, 2007

[New Castle County-Civil Division]

Christiana Care Health Services
HIMS Department
Wilmington Hospital
501 West 14th Street
Wilmington, DE  19899

Re:  ***Request for Medical Records of***
     ***William F. Davis, III, DOB 11/7/60***

Dear Sir or Madam:

Enclosed please find a copy of an *Authorization for the Release of Health Information* signed on August 12, 2007, by a patient formerly in your care – Mr. William F. Davis, III. As the form indicates, Mr. Davis's medical records are needed for pending litigation. Please send me, at your earliest convenience, all of the records requested on the authorization form marked by an X.

If you have any questions or concerns please contact me at (302) 577-8400. Thank you.

Sincerely,

Erika Y. Tross
Deputy Attorney General

EYT/vd
Enclosure

Client Name: (print) William F. Davis, III          Date of Birth  November 7, 1960

I, William F. Davis, III                      authorize _____
       (Client's Name)                                    (Name of Healthcare Provider)

to release and/or provide copies of my health information to:

    Erika Y. Tross, DAG
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801          AND:

to allow any member or employee of said firm, or any physician appointed by said firm, to examine such health information regarding the condition or treatment of me, to confer with any member or employee of said firm regarding such treatment or condition, if such physician chooses to do so provided I am notified sufficiently in advance of any such discussion or conference in order to attend, and provided that a copy of everything obtained with this authorization shall be promptly provided to me.

These records are needed for the following reason(s):
___    Medical Care
_X_    Legal Consultation
___    Insurance Review
___    Other (specify)

The following information is to be released:
_X_    Medical Records (including, but not limited to: Physician's Orders, Progress Notes, Diagnostics, Treatments)
___    Financial Records
___    Other (specify)

In reference to the following (where applicable):

___    Date(s) of Service -

___    Location(s)

___    Department(s)

___    Type(s) of Service:

Expiration of this authorization:

This authorization expires in one year or upon the following date or event: _____.
                                                                          (specify date or event)

Revoking this authorization. This authorization may be revoked at any time but is not retroactive for requests that have been complied with in good faith. To revoke this authorization, please provide a written request to the department releasing your information.

_William F. Davis III_ (signature)     _8-12-07_   OR
(Signature of Patient/Client)          (Date)


_____     _____  _____
(Signature of Legal Representative & Relationship)    (Phone)    (Date)


Information, once released, may no longer be protected by Federal Privacy Rules and may be subject to re-disclosure by the recipient. However, information covered under Federal Regulation 42 CFR Part 2 may not be re-disclosed unless expressly permitted by the authorization or the regulations.

*A photocopy of the signed authorization is as valid as the original*