# EXHIBIT K

Delaware Department of Correction - [Offender Housing Details and History - MOV_OHDH ] - Offender Housing Details and History Report Created on Tuesday October 16, 2007 10:47

| Select Offender SBI Number | Name | | | R/S | SENTAC | Sec/Cust |
|---|---|---|---|---|---|---|
| PO | | Location | | Multi Status | Location | |
| PO | | | | | | |
| | CASEY | BRIAN | | | | |
| | | | | | | |
| | | | | | | |

| Bed | Facility | Tier / Pod | Building | |
|---|---|---|---|---|
| Cell | Wing / Unit | Floor | Bed Type | Date Entered |
| Time Entered | Date Departed | Time Departed | Comments | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 2L | Building 1 | |
| Cell 14 | West | Floor 2 | | 12/11/2002 |
| 10:11 | 01/06/2003 | 14:21 | | |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 2H | Building 1 | |
| Cell 19 | West | Floor 2 | | 01/06/2003 |
| 14:21 | 04/14/2003 | 13:22 | | |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 | |
| Cell 17 | West | Floor 1 | | 04/14/2003 |
| 13:22 | 05/27/2003 | 10:16 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 | |
| Cell 5 | West | Floor 1 | | 05/27/2003 |
| 10:16 | 05/29/2003 | 10:26 | | |
| Bed C | HRYCI Howard R.Young Correctional Institution | Pod 2K | Building 1 | |
| Cell 11 | West | Floor 2 | | 05/29/2003 |
| 10:26 | 06/08/2003 | 17:05 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 2K | Building 1 | |
| Cell 14 | West | Floor 2 | | 06/08/2003 |
| 17:05 | 07/07/2003 | 09:22 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 2Q | Building 1 | |
| Cell 3 | East | Floor 1 | | 07/07/2003 |
| 09:22 | 10/24/2003 | 17:27 | | |

| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 2S | Building 1 | |
| Cell 7 | East | Floor 1 | | 10/24/2003 |
| 17:27 | 02/26/2004 | 09:33 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 8 | West | Floor 1 | | 02/26/2004 |
| 09:33 | 03/15/2004 | 10:38 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 2S | Building 1 | |
| Cell 7 | East | Floor 1 | | 03/15/2004 |
| 10:38 | 04/27/2004 | 12:40 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 9 | West | Floor 1 | | 04/27/2004 |
| 12:40 | 04/30/2004 | 12:40 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 1D | Building 1 | |
| Cell 15 | West | Floor 1 | | 04/30/2004 |
| 12:40 | 05/31/2004 | 09:53 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 1E | Building 1 | |
| Cell 9 | West | Floor 1 | | 05/31/2004 |
| 09:53 | 06/08/2004 | 18:34 | | |
| Bed A | HRYCI Howard R.Young Correctional Institution | Pod 2D | Building 1 | |
| Cell 4 | West | Floor 2 | | 06/08/2004 |
| 18:34 | 06/11/2004 | 09:29 | | |
| Bed B | HRYCI Howard R.Young Correctional Institution | Pod 2Y | Building 1 | |
| Cell 17 | East | Floor 1 | | 06/11/2004 |
| 09:29 | 07/07/2004 | 14:32 | | |