the United States District Courts

William F. Davis III  )
   Plaintiff           )   Civil Action No. 05-67-SLR
                       )
   v.                  )   Motion for Appointment of
                       )   Counsel
Raphael Williams, First )
Correctional Medical    )
c/o Davies, Captain Emmit )
c/o Reginald Mayes, and )
Debra Muscarella,       )
   Defendants.          )



Pursuant to 28 U.S.C 1915(e)(1) plaintiff moves for a order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. These factor are listed in Montgomery v. Pinchak, 294 F.3d 492, 499 (3rd Cir. 2002). in Parham v. Johnson, 126 F.3d 454, 461 (3d Cir. 1997). Court of Appeals where a plaintiff's case appeare to have merit and most of the aforementioned factors have been met.

5. The defendants has a lawyer and I would like to have counsel to help me, we credibility of defendants are telling the truth and cross-examination or require investigation in this case.

Date: 11-27-07

William F. Davis III
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, William F. Davis III, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Appointment of Counsel De/claration upon the following parties/person (s):

TO: Daniel L. mckenty
Heckler & Frabizzio
800 Delaware Ave, Suite 200
P.O. Box 128
Wilm, Del 19899

TO: Erika Yvonne Tross
Del, Dept of Justice
Civil Division
820 North French Street 6th Floor
Wilm, Del 19801

TO: Dana Spring monzo
White & Williams
824 market, Street, Suite 902
P.O. Box 709
Wilm, Del 18999

TO: Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilm, Del 19801

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27 day of Nov, 2007

William F. Davis III

William F. Davis
SBI# 162762   UNIT MWR3-C-U10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 NOV 2007 PM 3 L

Judge Sue L. Robinson
Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilm, Del
19801