the United States District Court

William F. Davis III

   Plaintiff

     V.

Raphael Williams, First
Correctional medical,
C/o Davies, Captain Emmit
C/o Reginald Mayes, And
  Debra Muscarella

    Defendants.

Delclaration Mark Morris
 . 206286

Civil Action No. 05-067-SLR

Mark Morris
206286
i here be declares iMark Wss.
ob the mental health pod when
brian casey wss casllos. William
Fred Davis a chilmolester.
all the time. and other iomate
casslos. William F Davis. a child
molester and brian casey.
hit William F Davis in the Fsa

declare under or penalty
of perjury that the foregoing
is true and correct. executed
at the smyrna Del
MARK MORRIS 206286

Date: 11-27-07