378997/17810

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-cv-00067 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

William F. Davis, III
SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

Erika Yvonne Tross
Delaware Department of Justice
Civil Division
820 North French Street
6th Floor
Wilmington, DE 19801

Dr. Tammy Kastre
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

PLEASE TAKE NOTICE that the attached Motion will be presented to the Court

at the convenience of the Court.

378997/17810

**Heckler & Frabizzio, P.A.**

/s/Daniel L. McKenty
Daniel L. McKenty, *DE Bar No.*
*2689*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant

378997/17810

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-cv-00067 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO WITHDRAW**

Pursuant to the Delaware Lawyers' Rules of Professional Conduct 1.16 (b)(5),(6), and Rule 83.7 of the Local Rules for the District of Delaware, the undersigned attorney hereby request leave to withdraw as defense counsel for Debra Muscarella, an employee First Correctional Medical Services, in the above captioned matter for the following reasons:

1.    First Correctional Medical - Delaware, LLC contracted with the State of Delaware to provide health care to the Delaware Department of Correction from July 1, 2002 through June 30, 2005.

2.    From July 1, 2002 through June 30, 2005, First Correctional Medical - Delaware, LLC, and its employees were insured for professional liability by Chubb Group of Insurance Companies.

3.    Chubb Group of Insurance Companies retained McCullough & McKenty, P.A.,[1] Daniel L. McKenty, Esquire, Steven F. Mones, Esquire, and Dana Spring Monzo[2],

---

[1] McCullough & McKenty has dissolved. Mr. McKenty has moved to Heckler & Frabizzio P.A. and Substitutions of Counsel have been filed.

378997/17810

Esquire (formerly Dana M. Spring, Esquire), to provide medical malpractice and 42 *U.S.C.* § 1983 defense coverage for First Correctional Medical - Delaware, LLC, and its various employees.

4.    After the termination of its health care contract with the Delaware Department of Correction, First Correctional Medical - Delaware, LLC ceased operations in the State of Delaware. Although no formal dissolution papers were filed with the State of Delaware, it is the understanding of the undersigned defense counsel that First Correctional Medical - Delaware, LLC, has no assets

5.    For all claims arising on or after July 1, 2005, First Correctional Medical - Delaware, LLC, elected to proceed as a self-insured entity. McCullough & McKenty, Mr. McKenty, remained counsel for First Correctional Medical - Delaware, LLC, and its employees.

6.    First Correctional Medical Inc., the Arizona-based parent company of First Correctional Medical - Delaware, LLC, funded the defense of lawsuits against First Correctional Medical and its various employees after July 1, 2005.

7.    In October 2006, the undersigned defense counsel for First Correctional Medical - Delaware, LLC, was made aware that First Correctional Medical, Inc., was experiencing severe financial difficulties and could not meet its financial obligations with respect to defense and indemnity costs of lawsuits pending in the State and/or District of Delaware. At that time, First Correctional Medical, Inc., was several months behind on its payments of legal fees to McCullough & McKenty, P.A.

---

[2] Mr. Mones and Ms. Spring are no longer affiliated with McCullough and McKenty P.A. or with Heckler & Frabizzio.

378997/17810

8.    Until December 31, 2006, First Correctional Medical, Inc., did its best to bring McCullough & McKenty, P.A., current on its legal bills and actually came within $30,000 of the monies owed.

9.    Since January 1, 2007, First Correctional Medical, Inc., has not made any payments to McCullough & McKenty, P.A., despite promising a $30,000 check for past legal services rendered and promising to establish a monthly retainer fund. In July 2007, McCullough & McKenty P.A. dissolved and Mr. McKenty moved to Heckler & Frabizzio. First Correctional Medical has not discussed its intentions with Heckler & Frabizzio. To date, Heckler & Frabizzio, continues to defend First Correctional Medical - Delaware, LLC, and its employees in over (25) twenty-five lawsuits despite being unable to contact First Correctional Medical Inc., officials and being in arrears of legal fees in excess of **$50,253.55** owed to McCullough & McKenty and **$17,672.00** owed to Heckler & Frabizzio.

10.    Further, the undersigned defense counsel has made numerous attempts to contact officials from First Correctional Medical, Inc., regarding various litigation strategies and the funding of expert fees in defensible cases quickly approaching trial. First Correctional Medical Inc.'s officials have not responded to Court Ordered participation in mediation and Court Ordered response to Discovery. Further, those officials have not discussed their strategy for resolving these cases.

11.    As such, undersigned counsel requests permission to withdraw as counsel for Debra Muscarella because First Correctional Medical, Inc., has substantially failed to meet its financial obligations to McCullough & McKenty, P.A., and to Heckler & Frabizzio, P.A., and Heckler & Frabizzio cannot sustain the financial burden of funding

378997/17810

the legal defense of First Correctional Medical Inc.'s employees, specifically Debra
Muscarella in the State/District of Delaware. [1]  Furthermore, neither First Correctional
Medical nor Debra Muscarella can be reached for guidance regarding legal strategies and
general defense of its cases.

12.    Because First Correctional Medical, Inc., is no longer funding the defense
of its former employees in lawsuits in the State of Delaware, the former employees may
be in a position adverse to First Correctional Medical, Inc.  The undersigned counsel
submit that they cannot continue the representation of the individually named employees
of First Correctional Medical, Inc., as a conflict of interest now exists between the
parties.

13.    For the abovementioned reasons, the undersigned hereby request that they
be permitted to withdraw as counsel for First Correctional Medical in the above
captioned matter.

14.    Further, the undersigned requests this Court grant Debra Muscarella a
reasonable extension of time to obtain new Counsel and respond to discovery.

**WHEREFORE**, undersigned counsel requests this Court grant an Order allowing
counsel to withdraw from this matter and grant Debra Muscarella a reasonable extension
of time to obtain new counsel and respond to discovery.

**HECKLER & FRABIZZIO**

/s/Daniel L. McKenty
Daniel L. McKenty, Esquire
800 Delaware Avenue, Suite 200
P. O. Box 128
DATE:   January 29, 2008                              Wilmington, DE  19899-012

---

[1] 3.      While FCM has not failed to meet its financial obligation in this particular matter, it is insured
through Chubb for this particular case, FCM has failed to meet its financial obligations to undersigned
counsel in other outstanding cases, which creates a conflict of interest.

378997/17810

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-cv-00067 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

And now this _____ day of _____, 2008, having

considered *Heckler & Frabizzio, P.A., Daniel L. McKenty, Esquire's, Motion to*

*Withdraw* and any opposition thereto, it is HEREBY ORDERED that *Heckler &*

*Frabizzio, P.A., Daniel L. McKenty, Esquire,* is granted.

_____
                    J.

378997/17810

## CERTIFICATE OF SERVICE

I, Daniel L. McKenty, hereby certify that, on this 29th day of January 2008 one

copy of defendant, Motion to Withdraw, were served, on the following individuals:

*VIA US MAIL*
William F. Davis, III
SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

*VIA US MAIL*
Erika Yvonne Tross
Delaware Department of Justice
Civil Division
820 North French Street
6th Floor
Wilmington, DE 19801

**HECKLER & FRABIZZIO**

/s/Daniel L. McKenty
Daniel L. McKenty, Esquire
Attorney for Defendant
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
Attorney for Defendants

DATE:    January 29, 2008