# HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
DANIEL L. McKENTY
WILLIAM D. RIMMER*
JOHN W. MORGAN
JOHN GILBERT*
DAVID R. BATMAN
PATRICK G. ROCK▲
CHERYL A. WARD
KRISTA E. BUTLER*
AYESHA S. CHACKO*

\* DELAWARE AND PENNSYLVANIA BAR
▲ DELAWARE, MASSACHUSETTS AND
   MAINE BAR

AREA CODE 302
573-4800

TELECOPIER
573-4806

March 12, 2008
Refer to PI 07 17810

The Honorable Susan L. Robinson
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    DAVIS v. Raphael Williams et al.
             C.A. No. 05-67 SLR

Dear Judge Robinson:

Please allow this letter to serve as a withdrawal of the Motion to Withdraw as Counsel filed with the Court on January 29, 2008. (See Docket # 74-2). The Motion was inadvertently filed in this case.

Thank you for your time and attention to this matter.

Respectfully submitted,

Daniel L. McKenty

Cc:    William F. Davis, III
        SBI#162762
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

        Erika Yvonne Tross, Esquire
        Delaware Department of Justice
        Civil Division
        820 North French Street
        6th Floor
        Wilmington, DE 19801