Exhibit-E        United States District Court

William F. Davis III

   Plaintiff,

v.

Warden Raphael Williams,
C/O Davies, Captain Emmit
C/O Reginaid Mayes, Debra
Muscarella, nurse Jeremy
and officer Fred Way

   Defendants

C.A. NO. 05-67-SLR

FILED
2008 MAR 12 PM 2:03
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Summary Judgment

I just got my medical records from Wilmington Hospital 2-27-08 because the Attorney for the State Defendants stated that the Wilmington couldn't find my medical records on my jaw but they sent them to me.

Opening Brief in Support of the Motion for Summary Judgment for the Plaintiff, William F. Davis III.

A serious medical needs under the Eighth Amendment was violated when a serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. Medical need must be one that if left unattended poses a substantial risk of serious harm. Waiting 11 day for surgery put me, William F. Davis III at substantial risk of serious harm furthering

and my mouth bleeding and losing

Exhibit - E

②

the condition my jaw was in significantly affects my daily activites when I couldn't eat or talk or sleep because of the chronic and serious pain. my jaw and teeths is in pain, and my jaw is numb. nures Jeremey and officer Fred way intentionally deny and delay me access to proper medical treatment that is cruel and unusual punishment and deliberate indifference to my medical treatment and sub standed treatment. when my jaw was broken and crooked and bleeding all the time. medical could had taking me to the emergency room. nures jeremey and officer Fred way may a poor judgment by, failure to conduct an adequate examination, failure to ask necessary question. this conduct of bad judgment could had cause my jaw to be disfigurement. it is unconstitutional to inflict serious physical and psychological pain when no one would help you with a chronic and serious pain for 11 day. May 31, 04 to June 11, 04. I do not trust doctor or nures no more because it is still going on.

medical treatment by nurse jeremy examined William F. Davis III. State defendants opening brief motion for summary judgment stated page 9, nurse jeremy found that Davis was able to open and close his mouth fully and talk clearly. Based on the examination sent Davis back to the tier.

(3)

Exhibit E

I told officer Fred way and nurse jeremy that I was in pain and that my jaw was broken and crooked. The medical records shows that my jaw was fracture on both sides, so it had to be crooked and I had to be in a lot of pain.

procedure performed:
1. Extraction of tooth #31.
2. Open reduction and internal fixation of right angle fracture.
3. Open reduction and internal fixation of left body fracture of the mandible.

implants: A 6-hole 2-mm compression plate with 6 screw of varying length. A 6-hole 2-mm titanium plate with 6 screw of varying length and a 4-hole 2-mm titanium plate with 4 screws of varying length.

Estimated Blood loss: 100 mL.

This was a serious and urgent, demanding immediate attention. Should had taking me to the emergency hospital room. Defendant's lying again covering up their cruel and unusual punishment and their deliberate indifference to my medical need. I clearly established a violation my eighth Amendment. A fair minded jury would fine on my behalf all of my claims. A genuine issue I have proof that it happened the way I describe my medical records. I produced evidence my medical record to support my motion for summary judgment.

Respectfully, Submitted
William F. Davis III
Date: 3-10-08



Christiana Care Health Services

≥ Confidential Clinical Document - Handle Appropriately - Please Do Not Document on This Copy ≤

## OP Report                                             DAVIS, WILLIAM F - 900023324

```
F
         CHRISTIANA CARE              Name:         Davis, William
         HEALTH SERVICES              Med Rec #:    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
                                      Pt. Type:     WO
                                      Admit Point:  WACC
                                      Room:         W4EW0422A
         OPERATIVE REPORT             Adm. Date:    06/11/2004
                                      Dis. Date:    06/12/2004
                                      Pt. Age:      43
                                      Account #:    00053147003
cc:  Eugene D'Amico, III, D.D.S.
     John Gillis, D.M.D.
     Thomas C Ocheltree, D.M.D.
```

DATE OF PROCEDURE: June 11, 2004

PREOPERATIVE DIAGNOSES: Mandibular left body fracture and mandibular right angle fracture.

POSTOPERATIVE DIAGNOSES: Mandibular left body fracture and mandibular right angle fracture.

PROCEDURE PERFORMED:
1. Extraction of tooth #31.
2. Open reduction and internal fixation of right angle fracture.
3. Open reduction and internal fixation of left body fracture of the mandible.

ANESTHESIA: General via nasoendotracheal tube.

ATTENDING SURGEON: Eugene D'Amico III, D.M.D.

RESIDENT SURGEON: Thomas C. Ocheltree, D.M.D.

FIRST ASSISTANT: John M. Gillis, D.D.S.

ESTIMATED BLOOD LOSS: 100 mL.

FLUIDS: Lactated Ringer 2700 mL.

IMPLANTS: A 6-hole 2-mm compression plate with 6 screws of varying length; a 6-hole 2-mm titanium plate with 6 screws of varying length, and a 4-hole 2-mm titanium plate with 4 screws of varying length.

INDICATIONS FOR PROCEDURE: The patient is a private patient of Dr. Eugene D'Amico III, who was initially evaluated in his office after a thorough clinical and radiographic examination, the above diagnosis was made. All risks, benefits, and complications were discussed in full detail with the patient and the patient consented to the above-mentioned procedures.

DESCRIPTION OF PROCEDURE: The patient was identified as the

Printed by:  Johnson, Yvonne                                         Page 1 of 4
Printed on:  2/15/2008 09:43                                         (Continued)



**Christiana Care Health Services**
≥ Confidential Clinical Document - Handle Appropriately - Please Do Not Document on This Copy ≤

**OP Report**                                                                 **DAVIS, WILLIAM F - 900023324**

above-mentioned patient and taken to the main OR of Wilmington Hospital. After successful intubation, by the anesthesia department and oral maxillofacial surgery, a head wrap was placed to secure the tube. The patient was then prepped and draped in the usual sterile fashion for this type of surgical procedure.

Attention was first directed intraorally, where a moist throat pack was placed in the patient's posterior pharynx. The patient's right mandibular fracture segment was examined and noted to be open with a fracture through the line of tooth #31. At this time, local anesthetic of 1% lidocaine with 1:20,0000 of epinephrine was administered and bilaterally inferior alveolar nerve block, maxillary and mandibular buccal infiltrations approximately 10 mL of total local anesthetic was delivered. Tooth #31 was elevated using dental elevators and extracted using dental forceps.

At this time, Erich arch bars were cut to length from first molar to first molar in both the maxilla and mandible. They were ligated to the teeth using 24-gauge surgical wire. The patient was placed in maxillomandibular fixation using 24-gauge wire loops. The occlusion was noted to be in stable and proper alignment. At this time, all drapes were removed and the patient was again reprepped and draped in the usual sterile fashion for extraoral approach to bilateral mandibular fractures.

At this time, the surgical team rescrubbed, re-gowned, and re-gloved. First attention was turn to the left mandibular body fracture. An incision was planned approximately at 1.5 cm below the inferior border of the mandible beginning at the region of the body and extending anteriorly to the midline.

The incision was approximately 4 cm in length. Local anesthetic of 1% lidocaine with 1:20,0000 of epinephrine was administered along the planned incision line. An incision was begun with a 15-blade, sharply through the skin and subcutaneous tissue approximately in the platysma muscle. At this time, the platysma was sharply dissected and retracted superiorly. At this time, blunt dissection was used in the superficial layer of the deep cervical fascia testing along the way for the marginal mandibular branch of the facial nerve and it was not encountered. Dissection continued in layered fashion in the region superior to the submandibular gland angling toward the inferior border of the mandible.

The facial artery and vein were identified. The dissection was further continued to the inferior border of the mandible. A #15-blade was used to sharply incise through the pterygo-masseteric sling and periosteum. The incision was carried out anteriorly from the midline posteriorly to the body of the mandible. Sharp dissection continues subperiosteally with the periosteal elevator exposing the proximal and distal segments of the fractured left body of the mandible. Dissection was carried superiorly to the mental foramen and the mental nerve was noted to be intact. The fracture was through the mental foramen.

At this time, the mandibular fracture was carefully examined and manipulated using Kocher clamps. After an adequate reduction, 2-mm holes were drilled on the distal and proximal segment of the fracture and a bone reduction clamp was placed into the holes to facilitate good reduction. A 6-hole 2-mm compression plate was adapted to the inferior border of the

Christiana Care Health Services
\> Confidential Clinical Document - Handle Appropriately - Please Do Not Document on This Copy <



## OP Report                                         DAVIS, WILLIAM F - 900023324

mandible and secured using 6 screws of varying length in bicortical fashion. The surgical wound was then irrigated with copious amount of sterile saline solution with bacitracin. A moist gauge soaked in sterile saline solution was then placed into the surgical wound and attention was turned to the right neck.

At this time, a marking pen was again used to outline the inferior border of the mandible and the fractured segments. Surgical incision was placed in the right neck crease approximately 1.5 cm below the inferior border of the mandible beginning in the region of the angle extending anteriorly to the region of the body, approximately, 3.5-cm in length. The incision was begun with #15-blade sharply through the skin and subcutaneous tissue approximate in the platysmas muscle. At this time, the platysma muscle was sharply dissected and retracted superiorly.

At this time, the blunt dissection was used in the superficial layer of the cervical fascia testing along the way for the margin of mandibular branch of the facial nerve, which was not encountered. Dissection continued along angling toward the inferior border of the mandible in which the facial artery and vein were then located, clamped, ligated, and cut. Both cut ends were retracted superiorly and inferiorly. Dissection then continued to the inferior border of the mandible posteriorly.

A #15 blade was used to sharply incise the pterygo-masseteric sling and incision was carried anteriorly across the fracture along the inferior border of the mandible into the region of the body. Sharp dissection was then continued subperiosteally with the subperiosteal elevator exposing the proximal and distal segments of the right mandible fracture. Dissection was carried along the distal segment anteriorly just short of the mental foramen, which was noted to be intact. This time, the mandible fracture was carefully examined and manipulated using curved Kochers. A 6-hole, 2-mm titanium plate was fashioned to the inferior border of the mandible and secured using 2-mm screws of varying length. There were bicortical in nature.

In order to create a tension band, a 4-hole 2-mm titanium plate was fashioned superiorly to the now existing 6-hole titanium plate and secured using 4 screws that were monocortical in nature. The wound was again irrigated with copious amounts of sterile saline solution. At this time, maxillomandibular fixation was released. The patient's occlusion was reevaluated and noted to be stable and reproducible. The moist throat pack was removed. The Erich arch bars, however, will remain to create a tension band on the left and to facilitate replacement of maxillomandibular fixation in the future if needed. The extraoral wounds were then copiously irrigated with sterile saline and bacitracin solution. Both wounds were noted to be hemostatic and were closed in layered fashion using 3-0 Vicryl suture to close the periosteum and facial layers, 4-0 Vicryl suture in interrupted fashion to close the platysma, and a 5-0 nylon suture in a running fashion to reapproximate the skin.

Bacitracin ointment was then applied to the wounds. The patient's oral cavity and pharynx were suctioned free of all secretions and orogastric tube was placed temporarily to alleviate to provide for gastric decompression. The patient was then turned over to anesthesia care team who successfully extubated the patient without complications. The patient

Christiana Care Health Services

> Confidential Clinical Document - Handle Appropriately - Please Do Not Document on This Copy <



## OP Report                                                          DAVIS, WILLIAM F - 900023324

```
was then transported to the post-anesthesia care unit with spontaneous
respirations and vital signs that were stable.  The patient has to remain
as an inpatient overnight and will be followed by oral and maxillofacial
surgery team.


TCO/cby   #1428438/000016232
Dictated:    06/20/2004
Transcribed: 06/21/2004  3:11 A
_____
Thomas C Ocheltree, D.M.D.
```

**Result Type:**      OP Report
**Result Date:**      11 June 2004 00:00
**Status:**           Auth (Verified)
**Encounter info:**   53147003, WLM, Outpatient, 6/11/2004 - 6/12/2004