# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-67-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| DR. BOSTON, BRIAN CASEY, | ) |
| C/O DAVIES, CAPTAIN EMMIT | ) |
| C/O REGINALD MAYES, and | ) |
| DEBRA MUSCARELLA, | ) |
| | ) |
|         Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendant Lieutenant Fred Way. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendant Way. State Defendant Way specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                    **DEPARTMENT OF JUSTICE**
                                                   **STATE OF DELAWARE**

                                                   */s/ Erika Y. Tross*
                                                   Erika Y. Tross (#4506)
                                                   Deputy Attorney General
                                                   820 N. French Street
                                                   Wilmington, DE  19801
                                                   (302) 577-8400
                                                        Attorney for State Defendants

Dated: May 12, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on May 12, 2008, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**
Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Delivery**
Daniel L. McKenty, Esq.
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400