# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 05-67-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANT FRED WAY'S JOINDER IN STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [RE: D.I. 60, 61 & 71]

COMES NOW, State Defendant Fred Way, by and through the undersigned counsel, and hereby joins and incorporates by reference State Defendants' Motion for Summary Judgment (D.I. 60) and Opening Brief filed in support (D.I. 61). State Defendant Way also joins and incorporates by reference State Defendants' Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment and Reply Brief in Support of the State Defendants' Motion for Summary Judgment. (D.I. 71).

WHEREFORE, State Defendant Way respectfully requests that this Honorable Court enter an order granting summary judgment in favor of the State Defendants and against the Plaintiff as to all claims.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants

Dated: May 12, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on May 12, 2008, I caused a true and correct copy of the attached ***State Defendant Fred Way's Joinder in State Defendants' Motion for Summary Judgment [Re: D.I. 60, 61 & 71]*** to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**
Inmate William F. Davis, III
SBI #162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Delivery**
Daniel L. McKenty, Esq.
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

　　　　　　　　　　　　　　　　　　　　　　　　／s／ *Erika Y. Tross*
　　　　　　　　　　　　　　　　　　　　　　　　Erika Y. Tross (#4506)
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　Delaware Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　302-577-8400