UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM DAVIS, III ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-CV-067 |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | TRIAL BY JURY OF |
| INC., et al., ) | TWELVE DEMANDED |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

TO:   William F. Davis, III, SBI#162762
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

PLEASE ENTER TO APPEARANCE of Patrick G. Rock, of Heckler & Frabizzio, The Corporate Plaza, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, Delaware 19899 on behalf of Defendant Debra Muscurella in the above referenced action.

HECKLER & FRABIZZIO

__/s/Patrick G. Rock, Esquire___
PATRICK G. ROCK, ESQUIRE
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, Delaware 19899
(302) 573-4800
(302) 573-4806 fax
Attorney for Defendant Debra Muscurella

Dated:  May 28, 2008
17810 / 396922

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, III | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-CV-067 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, INC., et al., | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on May 29, 2008, I have caused a copy of the foregoing Entry of Appearance to be served via first Class US Mail, postage prepaid upon the following:

> William F. Davis, III
> SBI#162762
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> **Heckler & Frabizzio, P.A.**
>
> /s/Patrick G. Rock
> Patrick G. Rock, *DE Bar #4632*
> 800 Delaware Avenue, Suite 200
> PO BOX 128
> Wilmington, DE 19899
> Attorney for Defendant Debra Muscurella

Dated: May 29, 2008
17810 / 396923