the United States District Court

William F. Davis III
in the Case, et al,
    Plaintiff

V.

Raphael Williams, First
Correctional medical
C/o Davies, Captain Emmit
C/o Reginald Mayes And
Debra Muscarella,
    Defendants.

Ci/Action # 05-067-SLR



FILED
AUG -6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## motion for leave to file A Ameded Complaint

Plaintiff, William F. Davis III pursuant to rules 15(A) And 19(A) Fed.R Civ. request leave to file A Ameded Complaint adding a party.
1. the plaintiff in his original named, Raphael Williams, First Correctional medical, C/o Davies, Captain Emmit, C/o Reginald Mayes And Debra Muscarella, Defendants.
2. Since the filing of the Complaint the plaintiff has determined that the names, Raphael Williams, First Correctional medical, C/o Davies, Captain Emmit, C/o Reginald Mayes, nurse Jeremy, o/c Fred Way individually and in their official Capacities, Defendants are Amended to reflect the identity and the Defendants, Raphael Williams, First Correctional medical C/o Davies, Captain Emmit, C/o Reginald Mayes Debra Muscarella, nurse Jeremy And Fredway, individually And in their official Capacities.
3. I pray that this Court should grant leave freely to amend a Complaint. Foman v. Davis, 371 U.S. 178, 182 (1962.) I did't know about their official or individually Capacities.

Date: 2-27-08
Respectfully Submitted,
William F. Davis III

James T. Vaughn
Correctional Center
1181 Paddock Road
Smyrna, Del, 19977