IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-067-SLR |
| | ) |
| WARDEN RAPHAEL WILLIAMS, | ) |
| C/O DAVIES, CAPTAIN EMMIT[1], | ) |
| C/O REGINALD MAYES[2], DEBRA | ) |
| MUSCARELLA, NURSE JEREMY, | ) |
| and OFFICER FRED WAY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of August 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend is **granted** to the extent that the claims are raised against defendants in their individual/personal capacity. (D.I. 57)

2. State defendant Fred Way's motion for joinder in State defendants' motion for summary judgment is **granted**. (D.I. 79)

3. State defendants Raphael Williams, C/O Davies, Captain Emig, Reginald Mays, and Fred Way's motion for summary judgment is **granted**. (D.I. 60)

4. Plaintiff's motions to appoint counsel are **denied** without prejudice. (D.I. 68, 73)

---

[1]The correct name is "Mark Emig."

[2]The correct spelling is "Mays."

5. Plaintiff's motion for summary judgment is **denied**. (D.I. 76)

6. At the close of the case, the clerk of the court is directed to enter judgment in favor of defendants Raphael Williams, C/O Davies, Captain Emig, Reginald Mays, and Fred Way, and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE